Filing # 177689338 E-Filed 07/18/2023 03:46:47 PM

'

**IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT, IN AND FOR FLAGLER COUNTY, FLORIDA**

CINDY WALTERS,

    Plaintiff,

v.                        **CASE NO.:**

WILSHIRE INSURANCE COMPANY,

    Defendant.

_____/

### COMPLAINT FOR BAD FAITH
### CLAIMS HANDLING AND UNFAIR INSURANCE CLAIMS PRACTICES

COMES NOW, Plaintiff, CINDY WALTERS, hereby sue Defendant, WILSHIRE INSURANCE COMPANY, and alleges as follows:

1.    This is an action for bad faith claims handling and unfair insurance claims practices with damages greater than Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

2.    At all material times hereto, the Plaintiff, CINDY WALTERS, (hereinafter "Plaintiff") was and is a Florida resident.

3.    At all material times hereto, Defendant, WILSHIRE INSURANCE COMPANY, (hereinafter "Defendant") was a corporation duly licensed to transact insurance business in the State of Florida. Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in Flagler County, Florida.

4.    Prior to September 28, 2022, the Plaintiff sought and purchased homeowner's insurance from Defendant to cover the property located at 2718 Sunset Inlet Drive, Flagler Beach, Florida 32136 (hereinafter "Plaintiff's Property"). Said policy of insurance, which is believed to be policy number FLW562314701 with corresponding claim number HO-0008997 (hereinafter

"Plaintiff's Policy"), was issued by Defendant to Plaintiff to provide insurance coverage which included, but was not limited to, coverage afforded to protect Plaintiff's Property against hurricane damage.

5.      Plaintiff's Policy was issued by Defendant in Flagler County, Florida and was in full force and effect as of September 28, 2022. Attached hereto and incorporated herein as Plaintiff's Exhibit "A" is a copy of Plaintiff's Policy.

6.      On or about September 28, 2022, Plaintiff's Property and dwelling located at 2718 Sunset Inlet Drive, Flagler Beach, Florida 32136 was damaged by Hurricane Ian (hereinafter, the "Loss"). The Loss was covered under Plaintiff's Policy issued by Defendant.

7.      Despite Plaintiff's Property sustaining a covered loss, Defendant failed to timely (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment of insurance proceeds for the Loss will be forthcoming; and/or (iii) issue payment in full of insurance proceeds for the Loss to Plaintiff.

8.      In response to Defendant's unfair claims handling practices and bad faith conduct, Plaintiff filed a Civil Remedy Notice ("CRN") with the Florida Department of Financial Services. Attached hereto and incorporated herein as Plaintiff's Exhibit "B" is a copy of the civil remedy notice.

9.      Defendant failed to pay damages or correct the circumstances giving rise to Defendant's violations within sixty (60) days of the date the CRN was filed.

10.     More than sixty (60) days after the CRN was filed, Defendant's liability for coverage and the extent of damages was determined. *See, e.g., Cammarata v. State Farm Fla. Ins. Co.*, 152 So. 3d 606, 612 (Fla. 4th Dist. App. 2014)("parties' settlement via the appraisal process, which determined the existence of liability and the extent of the insured's damages, established the

first two conditions precedent of a bad faith action.") Attached hereto and incorporated herein as Plaintiff's Exhibit "C" is a copy of the Appraisal Award.

11.    Plaintiff has complied with all conditions precedent to this lawsuit and/or any such conditions have been waived.

12.    Jurisdiction and venue of this matter are proper in the Circuit Court for Flagler County, Florida.

## COUNT I
## VIOLATION OF SECTION 624.155, FLORIDA STATUTES

13.    Plaintiff does hereby repeat and re-allege Paragraphs 1 through 12 above and incorporates the same by reference herein.

14.    Defendant had a duty to handle Plaintiff's insurance claim in good faith and with due regard for the Plaintiff's interests.

15.    Defendant had a duty to investigate the facts, give fair consideration to settlement offers that are not unreasonable under those facts, and settle Plaintiff's claim where a reasonably prudent person, faced with the prospect of paying the total recovery, would do so.

16.    Defendant breach its duty to Plaintiff by failing to properly investigate Plaintiff's claim and make sufficient, timely payments on the claim.

17.    Defendant did not attempt in good faith to settle Plaintiff's claim when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward Plaintiff, and with due regard for Plaintiff's interests.

18.    Defendant failed to promptly settle Plaintiff's claim, even when the obligation to settle had become clear, under one portion of the insurance policy coverage in order in influence settlements under other portions of the insurance policy coverages.

19.     As a direct and proximate result of Defendant's action and/or inactions in violation of Fla Stat. § 624.155, Plaintiff has suffered damages.

20.     As a result of the foregoing, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is entitled to attorney fees and costs incurred in bringing this action pursuant to Fla. Stat. § 624.155 and/or Fla. Stat. § 627.428.

**WHEREFORE**, the Plaintiff, CINDY WALTERS, by and through the undersigned counsel, demands judgment against Defendant, WILSHIRE INSURANCE COMPANY, for damages, interest, costs and attorney fees, and for all other remedies the Court sees fit to grant, and the Plaintiff demands a trial by jury.

## COUNT II
## VIOLATION OF SECTION 626.9541(1)(i), FLORIDA STATUTES

21.     Plaintiff does hereby repeat and re-allege Paragraphs 1 through 12 above and incorporates the same by reference herein.

22.     In violation of Fla. Stat. § 626.9541(1)(i) and in breach of its duty of good faith toward Plaintiff, Defendant has committed or performed with such frequency as to indicate a general business practice, the following:

   a.  Failing to adopt and implement standards for the proper investigation of claims;

   b.  Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

   c.  Failing to acknowledge and act promptly upon communications with respect to claims;

   d.  Denying claims without conducting reasonable investigations based upon available information;

    e.  Failing to affirm or deny full or partial coverage of claims, and, as to partial coverage, the dollar amount or extent of coverage, or failing to provide a written statement that the claim is being investigated, upon the written request of the insured within 30 days after proof-of-loss statements have been completed;

    f.  Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement;

    g.  Failing to promptly notify the insured of any additional information necessary for the processing of a claim; or

    h.  Failing to clearly explain the nature of the requested information and the reasons why such information is necessary.

23.    As a direct and proximate result of Defendant's action and/or inactions in violation of Fla Stat. § 626.9541(1)(i), Plaintiff has suffered damages.

24.    As a result of the foregoing, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is entitled to attorney fees and costs incurred in bringing this action pursuant to Fla. Stat. § 624.155 and/or Fla. Stat. § 627.428.

**WHEREFORE**, the Plaintiff, CINDY WALTERS, by and through the undersigned counsel, demands judgment against Defendant, WILSHIRE INSURANCE COMPANY, for damages, interest, costs and attorney fees, and for all other remedies the Court sees fit to grant, and the Plaintiff demands a trial by jury.

## COUNT III
## BREACH OF FIDUCIARY DUTY

25.    Plaintiff does hereby repeat and re-allege Paragraphs 1 through 12 above and incorporates the same by reference herein.

26.     Defendant owed a fiduciary duty to Plaintiff to act in Plaintiff's best interests, in reviewing and determining whether the claim and Plaintiff's claim was payable.

27.     Additionally, defendant's agent and adjusters have the following ethical obligations under Fla. Admin. Code Ann. R. 69B-220.201:

       a.  to treat all claims equally;

       b.  to treat all claims strictly in accordance with the insurance contract;

       c.  to not approach investigations, adjustments, and settlements in a manner prejudicial to the insured;

       d.  to make truthful and unbiased reports of the facts after making a complete investigation;

       e.  to act with dispatch and due diligence in achieving a proper disposition of the claim;

       f.  to scrupulously avoid any suggestion calculated to induce a witness to suppress or deviate from the truth.

28.     Defendant through its agents/employees breached its fiduciary duty to Plaintiff during its investigation and its decision to withhold full payment for Plaintiff's claim.

29.     Defendant is vicariously liable for the breaches of fiduciary duty of its agents/employees.

30.     As a direct and proximate result of these acts, omissions, and breaches of fiduciary duty, Plaintiff suffered damages.

31.     As a result of the foregoing, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is entitled to attorney fees and costs incurred in bringing this action pursuant to Fla. Stat. § 624.155 and/or Fla. Stat. § 627.428.

**WHEREFORE**, the Plaintiff, CINDY WALTERS, by and through the undersigned counsel, demands judgment against Defendant, WILSHIRE INSURANCE COMPANY, for damages, interest, costs and attorney fees, and for all other remedies the Court sees fit to grant, and the Plaintiff demands a trial by jury.

## CERTIFICATION OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of this document will be served on the Defendant along with the Summons in this action.

DATED: July 18, 2023

/s/ *Ali A. Kadir*
**ALI A. KADIR, ESQ.**
Florida Bar No.: 13582
**KUHN RASLAVICH, P.A.**
986 Douglas Ave., Ste. 102
Altamonte Springs, FL 32714
Telephone: (407) 501-4833
Facsimile: (407) 501-4856
Ali@thekrfirm.com
Counsel for Plaintiff

**SageSure**

P.O. Box 12999
Tallahassee, FL 32317

T: (800) 481-0643
www.SageSure.com

March 13, 2022

CINDY WALTERS
309 CONSTITUTION DR
PONTE VEDRA, FL 32081

**RE:** Policy Renewal
Policy Renewal: FLW562314701
Insurance Carrier: Wilshire Insurance Company

Dear CINDY WALTERS :

Thank you for choosing SageSure and Wilshire Insurance Company for your homeowners insurance needs.

Your policy is scheduled to renew on May 05, 2022. Your renewal offer, including policy declarations, billing details and notices, is enclosed. We have sent a bill to your mortgage company to officially renew your policy. No payment action is required on your part.

Please review the enclosed policy documents and contact your insurance representative, listed at the top of the enclosed Policy Declarations page, if any information needs to be updated. Your insurance representative is your best resource if you have questions about your policy. You may also contact SageSure Customer Care at (800) 481-0643 or CustomerCare@SageSure.com.

We appreciate your business and look forward to continuing to serve you!

Sincerely,
SageSure Customer Care

**MySageSure**

### Access your policy online anytime, anywhere!

MySageSure.com is our online customer care center, where you can make payments, report a claim, access policy documents & more. Register today with the policy number listed at the top of this invoice.

Manage your policy online at MySageSure.com

Register for an account at www.MySageSure.com to easily access your policy online anytime, anywhere! Review coverage, make a secure payment, view billing history, update your mortgagee information and more. While you're there, be sure to sign up for EasyPay, our no-fee automatic recurring payment option, to have your payments automatically drafted from your bank account when they are due.

## SURPLUS LINES POLICY FRONT PAGE

| | | | |
|---|---|---|---|
| Insured's Name: | CINDY WALTERS | Policy #: | FLW562314701 |
| Policy Dates: From: | 05/05/2021 | To: | 05/05/2023 |

| | |
|---|---|
| Surplus Lines Agent's Name: | Wixted, Thomas Vo |
| Surplus Lines Agent's Physical Address: | 1760 Summit Lake Dr, Tallahassee, FL 32317 |
| Surplus Lines Agent's License #: | W512022 |
| Producing Agent's Name: | LOCKE, RYAN |
| Producing Agent's Physical Address: | 822 A1A NORTH #310822 A1A NORTH #310, PONTE VEDRA BEACH, FL32082 |

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

| | | | |
|---|---|---|---|
| Policy Premium: | $2,485 | Policy Fee: | $50 |
| Inspection Fee: | $ | Service Fee: | $ 1.52 |
| Tax: | $ 125.23 | Citizen's Assessment: | - |
| EMPA Surcharge: | $2 | | |

*Thomas V. Wixted*

Surplus Lines Agent's Countersignature:

[X] **THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

[ ] THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

 **SageSure**

PO Box 896671 | Charlotte, NC 28289-6671

CINDY WALTERS
Policy Number: **FLW562314701**
Page 1 of 2

## Save time and pay online at www.sagesure.com/pay

Visit MySageSure.com and Create an account to:

 **Sign up for EasyPay**
(Automatic payments via ACH
is our no-fee payment option)

 **Report and track a claim**

 **View your policy documents**

# HI, CINDY !

### Thank you for choosing SageSure.

Your policy is scheduled to renew on May 05, 2022.
We've sent a bill to your mortgage company, QUICKEN
LOANS LLC ISAOA, so there's no payment action
required on your part. However, if your mortgage
company has changed, please contact us so we can
make sure your policy premium is paid and there is no
lapse in your coverage.

## Your Policy Details

| | |
|---|---|
| **Policy Number** | FLW562314701 |
| **Policy Period** | 05/05/2022 - 05/05/2023 |
| **Payment Plan** | Invoice Mortgagee |
| **Automatic Payments** | Not Enrolled |
| **Insured Name** | CINDY WALTERS |
| **Property Address** | 2718 SUNSET INLET DR FLAGLER BEACH, FL 32136 |
| **Loan Number** | 3476845290 |

## Payment Details

| | |
|---|---|
| **Payment Due Date** | 05/05/2022 |
| **Premium** | $2,663.75 |

## Payment Amount        $2,663.75

**OTHER PAYMENT OPTIONS**

Call your insurance representative at
**LOCKE INSURANCE GROUP** : (904) 543-6064 .

Mail a check payable to SageSure, PO Box 896671,
Charlotte, NC 28289-6671.
Please write **FLW562314701** on the memo line of
your check.

**QUESTIONS? GIVE US A SHOUT.**

**LOCKE INSURANCE GROUP**
(904) 543-6064

**SageSure**
Monday-Friday: 8 a.m.-9 p.m. ET
Saturday: 10 a.m.-3 p.m. ET
(800) 481-0661 OR
CustomerCare@SageSure.com



## Your Account Activity

| Applied Date | Description | Amount |
|---|---|---|
| 03/13/2022 | Renewal Policy Issued | +$2,663.75 |

## Your Payment Summary

| Total Premium | $2,663.75 |
|---|---|
| **Balance** | **$2,663.75** |

### Future Payments

| Invoice Date | Due Date | Amount |
|---|---|---|
| 04/05/2022 | 05/05/2022 | $2664.00 |

**EasyPay**

### Why pay fees when there is a no-fee‡, no-hassle option?

Visit MySageSure.com today to sign up for **EasyPay**,
our automatic payment option that eliminates your installment fee!

‡There are no fees associated with ACH/bank draft payments. Credit card payments will incur a 2.99% processing fee.

# WILSHIRE INSURANCE COMPANY
## A Member Of:

**IAT** INSURANCE GROUP

**Policy Declarations**

---

| **Policy Number:** | **Statement Date:** | **CUSTOMER SERVICE** |
|---|---|---|
| FLW562314701 | March 13, 2022 | |

**Named Insured:**
CINDY WALTERS
309 CONSTITUTION DR
PONTE VEDRA, FL 32081
(317)403-1155
cwalters@myriversidehome.com

**Additional Insured:**
None

**Agency:**
S11557N
LOCKE INSURANCE GROUP
822 A1A NORTH #310 822 A1A NORTH #310
PONTE VEDRA BEACH, FL 32082
ryan@lockeinsurancegroup.com

**Policy Form:**
HO3

**For Coverage Inquiries, Call your Agency:**
(904) 543-6064

**For Claim Service, Contact your Insurer:**
(877) 842-0227
or file a claim online @
www.IATInsuranceGroup.com/
claims/report-a-claim-property

**For All Other Inquiries:**
(800)481-0661

**To Make a Payment:**
Sagesure Insurance Managers, LLC
P.O. Box 896671
Charlotte, NC 28289-6671

**Online Payment Link:**
www.MySageSure.com

---

| **Policy Period:** | **Residence Premises:** | **Transaction Type:** | Renewal |
|---|---|---|---|
| May 05, 2022 to May 05, 2023 * | 2718 SUNSET INLET DR | | |
| | FLAGLER BEACH, FL 32136 | **Trans Effective Date:** | May 05, 2022 |
| * 12:01am local time at location | | | |
| of the residence premises | | **Trans Amount:** | $2,663.75 |

Coverage is Provided Where Limits of Liability or Premium is Shown

| **Section I Property** | **Limit** | **Premium** | **Section II Liability** | **Limit** | **Premium** |
|---|---|---|---|---|---|
| A. Dwelling................................. | $477,000 | $2,432 | E. Personal Liability | $300,000 | $28 |
| B. Other Structures................... | $9,540 | Included | Each Occurrence | | |
| C. Personal Property................. | $143,100 | Included | F. Medical Payments to Others | $5,000 | Included |
| D. Loss of Use............................ | $47,700 | Included | Each Person | | |

**Breakdown of Premium:**

| **Adjustments** | **Limit** | **Premium** |
|---|---|---|
| Section I and II Premium | | $2,460 |
| Ordinance or Law Coverage (10% of Coverage A) | $47,700 | Included |
| Mold Property Limit | $10,000 | Included |
| Mold Liability Limit | $50,000 | Included |
| Sewer / Water Back Up Coverage | $5,000 | $25 |

**WILSHIRE INSURANCE COMPANY**
### A Member Of:

**Policy Declarations**

**IAT** INSURANCE GROUP

**Policy Number:**
FLW562314701

**Breakdown of Premium Continued:**

**Discounts, Credits and Surcharges**                                     **Premium**
Fire Department Service Charge                                            Included

**Fees and Taxes**

Policy Fee                                                               $50
EMPA Fee                                                                 $2

**Total Policy Premium $2,663.75**

**Deductibles (Section I Only)**

In case of loss under Section I, we cover only that part of the loss over the deductible stated

Hurricane Deductible (2% of Coverage A)                    $9,540
All Other Perils                                           $2,500
Water Back-up                                             $250

**Mortgagees & Other Interests:**

Mortgagee:
QUICKEN LOANS LLC ISAOA
PO BOX 202070
FLORENCE, SC 29502
LOAN #: 3476845290

**Basic Rating Information:**

| Territory 146 | County FLAGLER | Construction Year 2014 | Construction Type Masonry | Roof Shape Hip - greater than 50% | Roof Age 8 Years |
|---|---|---|---|---|---|

| Public Protection Class 3 | Rating Tiers Cat/Non-Cat 21/14 | Building Code Grade (BCEG) 98 | Opening Protection 2012 Form/B + (B1, B2, or B3) | Fire Protective Device None | Theft Protective Device None |
|---|---|---|---|---|---|

**Building Code Effectiveness Grade and Rating for your Community:98**

**WILSHIRE INSURANCE COMPANY**
   A Member Of:

**IAT INSURANCE GROUP**

**Policy Declarations**

**Policy Number:**
FLW562314701

**Premium Summary:**

| | |
|---|---|
| Premium For Hurricane Coverages | $732 |
| Premium For All Other Coverages | $1,753 |

**Forms and Endorsements:**

| | | |
|---|---|---|
| HO 00 03 05 11 | HC1921304 04 14 | HC175143 07 14 |
| HC1921301 04 14 | HC1942301 09 15 | HC1930301 09 15 |
| HO 23 70 05 13 | HC1921302 04 14 | HO 06 53 02 17 |
| HC1953301 12 15 | HO 03 34 05 13 | HO 05 99 05 13 |
| HO 03 52 05 13 | HO 03 33 05 13 | HC1921303 04 14 |
| HC4021305 06 20 | HC193031 05 15 | HC0821305 05 12 |
| | HC4021305 09 19 | HO NOAOB 05 20 |
| | HC1951401PN 11 15 | |
| | HC2300001N 02 16 | |
| | HC0221301 06 10 | |

**Other Notices:**

## ORDINANCE OR LAW COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM**

**WILSHIRE INSURANCE COMPANY**
**A Member Of:**

 **INSURANCE GROUP**

**Policy Declarations**

Policy Number:
FLW562314701

# THE POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

# THIS POLICY DOES NOT ALLOW THE UNRESTRICTED ASSIGNMENT OF POST-LOSS INSURANCE BENEFITS. BY SELECTING THIS POLICY, YOU WAIVE YOUR RIGHT TO FREELY ASSIGN OR TRANSFER THE POST-LOSS PROPERTY INSURANCE BENEFITS AVAILABLE UNDER THIS POLICY TO A THIRD PARTY OR TO OTHERWISE FREELY ENTER INTO AN ASSIGNMENT AGREEMENT AS THE TERM IS DEFINED IN SECTION 627.7152 OF THE FLORIDA STATUTES.

**March 13, 2022**
Countersign date

**David G. Pirrung**
President

**Michael Blinson**
Secretary

 SageSure

# Inflation and its impact on your home coverage

The past year has seen major disruption in the economy and the home construction industry is experiencing even greater challenges. These disruptions have affected everything from the production of goods to labor to resourcing, and each of these supply disruptions has ripple effects across the economy. To put it simply, inflation occurs when demand exceeds supply, prices rise — that's where we find ourselves today.[1]



## Our promise:

### ENSURING YOU ARE COVERED

We want to ensure you have enough coverage to account for the increased costs of repairs resulting from inflation. Without these necessary adjustments, if something happened to your home, your home would not be fully protected.

PRE-RENEWAL COVERAGE — CLOSING THE INFLATION GAP — RENEWAL COVERAGE

The current inflation coverage gap in building, labor and materials is as high as 19% in Florida.

*Visit SageSure.com/inflation for more information.*

### BY THE NUMBERS

The 2021 nationwide inflation in building, labor and materials is **20%**[2] 

The average increase in replacement cost for our 400,000 customers: **18%**

**84%** of contractors are facing at least one material shortage.[2]

**56%** of them confirm wood/lumber is the biggest material concern.[2]

### CONSTRUCTION LABOR AND MATERIAL COST INDEX PERCENTAGE INCREASE



Average of Construction Material Cost Index and Employment Cost Index

Employment Cost Index for Construction[1]
100 Index = Dec 2005 Seasonally Adjusted

Material Cost Index for Construction[4]
100 Index = 1986 Not Seasonally Adjusted

1. Marble: Will inflation impact my insurance rates?  |  2. CoreLogic Quarterly Construction Insights – Q3 2021  |  3. FRED: Employment Cost Index: Wages and Salaries: Private Industry Workers: Construction  |  4. Producer Price Index (PPI) report released by the Bureau of Labor Statistics  |  Florida Version 01  |  Revised: 10.01.2021

 SageSure

# Prevent water damage and save!



## MAKE THE SMART MOVE

As a Wilshire policyholder, if you install an automatic shutoff valve in your home, you can prevent water damage and save with one of the following discounts on your homeowners policy:

- 7% discount for a device that closes and shuts off the master plumbing valve
- 12% discount for a device that closes and shuts off the master plumbing valve and activates the home's central alarm system



## GET THE FACTS

Why have an automatic shutoff valve professionally installed?

- 14,000 homeowners per day deal with water leak emergencies
- 37% of homeowners have suffered losses due to water damage
- The average water damage claim is over $10,000
- Mold can grow in as little as one to two days with removal costs ranging from $1,000 to $6,000



## WHAT ARE THE REQUIREMENTS?

If you're installing a new device, you'll need a receipt from licensed plumber detailing the information below. Or, if you've purchased a new home that included a leak detection and water shutoff device, you'll need an inspection by a licensed plumber providing documentation confirming the device is in good working condition as well as the following information:

- Your name and installation address
- The brand of water leak detection and shutoff device
- A description of where the water shutoff device was installed in the home



*See the next page for more information.*



## ADDITIONAL INFORMATION

Automatic water shutoff devices that are also monitored independently by a monitoring company will qualify for the monitored water shutoff discount. You'll need to provide a certificate from the monitoring company detailing that they are monitoring the flow-based water leak detection and shutoff system at your home.

Approved automatic water shutoff devices include Sentinel Leak Defense, Phyn Plus, Flo by Moen and FloLogic. Other flow-based water leak detection and automatic water shutoff devices not included in this list must be reviewed by underwriting for eligibility prior to binding.

Please note: Your automatic water shutoff device must be installed on the main water supply line after the meter (or well pressure tank), but before the point where distribution lines come off, to service the dwelling plumbing appliances. Also, point-of-leak detectors (individual moisture monitors installed near appliances or fixtures) are not eligible for discount.



## TAKE THE NEXT STEP

**Send in documentation via one of these methods:**
- Email: PolicyServices@SageSure.com or UnderwritingSupport@SageSure.com
- Fax: 877-297-1365
- Mail: SageSure
  P.O. Box 12999
  Tallahassee, FL 32317



# Checklist of Coverage

## Policy Type: Homeowner's

**(Indicate: Homeowner's, Condominium Unit Owner's, Tenant's, Dwelling, or Mobile Home Owner's)**

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage (Place of Residence) | |
|---|---|
| Limit of Insurance: $477,000 | Loss Settlement Basis: Replacement Cost<br>(i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| **Other Structures Coverage (Detached from Dwelling)** | |
| Limit of Insurance: $9,540 | Loss Settlement Basis: Replacement Cost<br>(i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| **Personal Property Coverage** | |
| Limit of Insurance: $143,100 | Loss Settlement Basis: Actual Cash Value<br>(i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| **Deductibles** | |
| Annual Hurricane: $9,540 | All Perils (Other Than Hurricane): $2,500 |

## Checklist of Coverage (continued)

The above Limit of Insurance, Deductibles, and Loss Settlement Basis apply to the following perils insured against:
(Items below marked **Y (Yes)** indicate coverage IS included, those marked **N (No)** indicate coverage is NOT included)

| | |
|---|---|
| Y | Fire or Lightning |
| Y | Hurricane |
| N | Flood (Including storm surge) |
| Y | Windstorm or Hail (other than hurricane) |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| N | Sinkhole |
| | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

**Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.**

| Loss of Use Coverage | | |
|---|---|---|
| Coverage | Limit of Insurance | Time Limit |
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | | |
| Y Additional Living Expense | $47,700 | See Note Below |
| Y Fair Rental Value | $47,700 | See Note Below |
| Y Civil Authority Prohibits Use | $47,700 | 2 weeks maximum |

**Note:** Payment will be for the shortest time required to repair the damage.

| Property - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y Debris Removal | | X | |
| Y Reasonable Repairs | | X | |
| Y Property Removed | Up to 30 days | X | |
| Y Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | $500 | | |
| Y Loss Assessment | $1,000 | | |
| Y Collapse (abrupt collapse only) | | X | |
| Y Glass or Safety Glazing Material | | X | |
| Y Landlord's Furnishings | $2500 | X | |
| Y Ordinance or Law | $47,700 | X | |
| Y Grave Markers | $5,000 | X | |
| Y Mold / Fungi | $10,000 | | X |

## Checklist of Coverage (continued)

| Discounts | |
|---|---|
| (Items below marked Y (Yes) indicate discount IS applied, those marked N (No) indicate discount is NOT applied) | Dollar ($) Amount of Discount |
| N | Multiple Policy | |
| N | Fire Alarm / Smoke Alarm / Burglar Alarm | $0 |
| N | Secure Building/Community | $0 |
| N | Sprinkler | |
| | Windstorm Loss Reduction | |
| | Building Code Effectiveness Grading Schedule | |
| N | Senior Retiree | |

| Insurer May Insert Any Other Property Coverage Below | | |
|---|---|---|
| (Items below marked Y (Yes) indicate discount IS applied, those marked N (No) indicate discount is NOT applied) | Limit of Insurance | Loss Settlement Basis: (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| N | Limited Water Damage Coverage | $10,000 | Dwelling - Replacement Cost<br>Other Structures - Replacement Cost<br>Personal Property - Actual Cash Value |
| N | Carport(s), Pool Cage(s) And Screen Enclosure(s) Coverage for Hurricanes | $0 | Replacement Cost |
| Y | Cosmetic and Aesthetic Damage to Floors | $10,000 | Replacement Cost |
| | | | |

---

**Personal Liability Coverage**

Limit of Liability: $300,000

**Medical Payments to Others Coverage**

Limit of Liability: $5,000

---

| Liability - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y | Claim Expenses | $250 Per Day | | X |
| Y | First Aid Expenses | Incurred Cost | | X |
| Y | Damage to Property of Others | $1000 | | X |
| Y | Loss Assessment | $1000 | | X |

| Insurer May Insert Any Other Liability Coverage Below | |
|---|---|
| (Items below marked Y (Yes) indicate discount IS applied, those marked N (No) indicate discount is NOT applied) | Limit of Insurance |
| N | Animal Liability | $0 |
| N | Diving Board and Slide Liability | $0 |
| N | Personal Watercraft Liability | $0 |
| N | Trampoline Liability | $0 |
| N | Home Day Care Liability | $0 |
| Y | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage | $50,000 |
| N | Limited Dog Liability | $0 |

HOMEOWNERS
HO 23 66 01 19

## SPECIAL NOTICE – FLORIDA

The following notice is added:

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

# Notice of Premium Discounts for Hurricane Loss Mitigation.

## *** Important Information ***
## About Your Homeowners Insurance Policy

Dear Homeowner,

Hurricanes have caused tens of billions of dollars in insured damages and predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane wind premium by installing mitigation features, you may also reduce the likelihood of out of pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

### What factors are considered in establishing my premium ?

Your location: The closer you are to the coast, the more vulnerable you are to damage caused by hurricane winds and this makes your hurricane-wind premium higher than similar homes in other areas of the state.

Your policy: Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

Your deductible: Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible depending on the actual value of your home. The larger your deductible, the lower your hurricane-wind premium, however, if you select a higher deductible your out-of-pocket expenses in the event of a hurricane claim will be higher.

Improvements to your home: The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. Discounts apply only to the hurricane-wind portion of your policy.

Your maximum discount: Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of 100%.

## How can I take advantage of the discounts?

Homeowners will need a qualified inspector such as a general, building, or residential contractor licensed under Section 489.111, Florida Statutes, or a professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481.213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and verify improvements. For a list of individuals and/or inspection companies meeting these qualifications, contact your insurance agent or insurance company

**The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home. The example is based on your hurricane-wind premium of $732 which is part of your total annual premium of <u>$2,663.75</u> . Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed above are not cumulative.**

**\*Wind mitigation credits apply to that portion of your premium that covers the peril of wind, whether or not a hurricane exists.**

**Homes built prior to the 2001 building code**

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| Roof Covering (i.e., shingles or tiles) | | |
| * Meets the Florida Building Code | 0.11 | 103.00 |
| * Reinforced Concrete Roof Deck^ ^If this feature is installed on your home you most likely will not qualify for any other discount. | 0.82 | 769.00 |
| How Your Roof is Attached | | |
| * Using a 2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | 0.11 | 103.00 |
| * Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | 0.18 | 169.00 |
| * Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 6" in the field of the plywood | 0.18 | 169.00 |
| Roof-to-wall Connection | | |
| * Using "Toe Nails" - defined as 3 nails are driven at an angle through the rafter and into the top roof. | 0.11 | 103.00 |
| * Using Clips - defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud | 0.49 | 460.00 |
| * Using Single Wraps - a single strap that is attached to the side and/ or bottom of the top plate and are nailed to the rafter/truss | 0.49 | 460.00 |
| * Using Double Wraps - straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | 0.49 | 460.00 |
| Roof Shape | | |
| * Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid). | 0.55 | 516.00 |
| * Other | 0.11 | 103.00 |

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| **Secondary Water Resistance (SWR)** <br> * SWR - defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off. | 0.14 | 131.00 |
| * No SWR | 0.11 | 103.00 |
| **Shutters** <br> * None | 0.11 | 103.00 |
| * Intermediate Type - shutters that are strong enough to meet half the old Miami-Dade building code standards | 0.47 | 441.00 |
| * Hurricane Protection Type - shutters that are strong enough to meet the current Miami-Dade building code standards | 0.57 | 535.00 |
| In addition to the two credits below, all homes built in 2002 or newer will receive a 68% new home discount on the hurricane-wind portion of your premium. | N/A | N/A |
| **Shutters** <br> * None <br><br> * Intermediate Type - shutters that are strong enough to meet half the old Miami-Dade building code standards <br><br> * Hurricane Protection Type - shutters that are strong enough to meet the current Miami-Dade building code standards | N/A | N/A |
| **Roof Shape** <br> * Hip Roof - defined as your sloping down to meet all your outside walls (like a pyramid). <br><br> * Other | N/A | N/A |

*Estimate is based on information currently on file and the actual amount may vary.

Alternately and regardless of the year of construction if you meet the minimum fixtures and constructions requirements of the Florida Building Code you have the option to reduce your hurricane-wind deductible from  to .

If you have further questions about the construction techniques and features or other construction techniques and features that could result in a discount, please contact your agent or the company at  (888) 316-0540.

IL P 036 12 07

# RIGHT TO MEDIATE DISPUTED SINKHOLE CLAIMS – FLORIDA ADVISORY NOTICE TO POLICYHOLDERS

Florida law requires that we notify you of your right to mediate disputed sinkhole claims through the neutral evaluation process.

Enclosed is a pamphlet that was prepared by the Florida Office of Insurance Regulation, *Resolving Disputed Sinkhole Insurance Claims*. This pamphlet describes the neutral evaluation process and includes information and forms necessary for you to request a neutral evaluation.

If you have any questions regarding this notice, please contact your agent or insurance company.

© ISO Properties, Inc., 2007

HC2300001N 02 16

# OUTLINE OF COVERAGE

The following outline is for informational purposes only. Florida law prohibits this outline from changing any of the provisions of the insurance contract which is the subject of this outline. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

**Please read your Homeowners policy carefully for complete descriptions and details.** Your Agent will assist you with any questions about this policy.

## SECTION I - PROPERTY COVERAGES

### Coverage A - Dwelling

Protects against covered loss to your dwelling and structures attached to your dwelling. It also protects against covered loss to building materials located on your residence premises which are being used to construct, alter or repair any structure on the residence premises.

### Coverage B - Other Structures

Protects against covered loss to structures on your residence premises not physically attached to the dwelling as long as they are not rented or used as a business.

### Coverage C - Personal Property

Protects against covered loss to your personal property such as clothing and furniture. Special limits apply to some types of personal property including but not limited to: money, securities, watercraft, theft of jewelry, firearms and silverware.

There are some items not covered under Coverage C. Some examples are animals, food spoilage, motorized vehicles and property of roomers or boarders and other tenants. Please review your policy for a complete list of items that have special limits or are excluded.

### Coverage D - Loss of Use

Provides for the additional living expenses you incur while you are temporarily unable to live at your home because it was damaged by a covered loss. Payment would include such items as temporary lodging and increased costs for food.

## ADDITIONAL COVERAGES

These additional coverages include limitations and may not completely protect you against loss.

- Debris Removal
- Reasonable Repairs
- Trees, Shrubs And Other Plants
- Fire Department Service Charge
- Property Removed
- Credit Card, Fund Transfer Card, Forgery and Counterfeit Money
- Loss Assessment
- Collapse
- Glass Or Safety Glazing Material
- Landlord's Furnishings
- Grave Markers
- Ordinance or Law
- Fungi, Wet or Dry Rot, or Bacteria

## PERILS INSURED AGAINST

### Coverage A - Dwelling and Coverage B - Other Structures

This policy insures against risk of direct loss to covered property under Coverages **A** and **B**, unless not covered or excluded from coverage as described elsewhere in the policy.

There are some perils not covered under Coverage **A** or **B**. Some examples are freezing, wear and tear, pollutants, corrosion, latent defect, and vandalism. Additionally, there are exclusions and other property not covered. Please review your policy for a complete list of items that have special limits or are excluded.

### Coverage C - Personal Property

This policy insures under Coverage C against sudden and accidental direct physical losses except as limited or excluded by your policy, caused by:

- Fire or Lightning
- Windstorm or Hail
- Explosion
- Riot or Civil Commotion
- Aircraft
- Vehicles
- Smoke
- Vandalism or Malicious Mischief
- Theft
- Falling Objects
- Weight of Ice, Snow or Sleet
- Accidental Discharge or Overflow of Water or Steam
- Sudden & Accidental Tearing Apart or Bulging
- Freezing of plumbing or household appliances
- Sudden and Accidental Damage from Artificially Generated Electricity
- Volcanic Eruption
- Catastrophic Ground Cover Collapse

## PROPERTY EXCLUSIONS

This policy does not provide protection under Coverages **A, B** and **C** for losses resulting in any manner from:

- Earth Movement, including Sinkhole
- Flood
- Water which backs up through sewers or drains; or overflows or is otherwise discharged through sewers or drains.  Limited amounts of this coverage may be purchased for an additional premium.
- Water below the surface of the ground, including water which exerts pressure on or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure.

- Waterborne material carried or otherwise moved by any of the water referred to above.
- Off Premises Power Failure
- Neglect
- War or Nuclear Hazard
- Intentional Acts
  Governmental Action
- Inherent Vice, Decay, Defect and Mechanical Breakdown
- Ordinance Or Law Coverage. Limited amounts of this coverage may be purchased for an additional premium.
- Windstorm Or Hail Damage To Exterior Paint Or Waterproofing in specified coastal territories.
- Hurricane damage to Carport(s), Pool Cage(s) And Screen Enclosure(s). Limited amounts of this coverage may be purchased for an additional premium.

There are other exclusions that apply. Please refer to your policy for complete details regarding exclusions.


## OTHER LIMITATIONS – PROPERTY COVERAGES

### Deductibles
The deductibles selected by you are shown on your Declarations page. This is the amount of the loss you must incur before this policy pays.
### Exclusion of Flood Damage
We **do not provide** coverage for damage by flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge.
### Windstorm
In some areas of the state, generally coastal areas, windstorm and hail coverage, including hurricane coverage, may **not be provided** in your policy. Be sure to contact your agent to obtain this important coverage if it has been excluded from your policy.
### Loss Settlement
Buildings at replacement cost without deduction for depreciation. However, if at the time of loss, the amount of insurance you have purchased for the insured building is less than 80% of the value of the building, we will initially pay the actual cash value of the building damage, minus any applicable deductible. We will then pay the necessary amounts actually spent to repair or replace the damaged building as work is performed and expenses incurred. If a total loss, we will the pay the replacement cost amount without deduction for depreciation.
### Vacant Property
If a loss occurs and the dwelling has been vacant for 60 consecutive days prior to the date of loss, some coverages are limited or excluded by your policy.
Please refer to your policy for complete details regarding limitations and exclusions.
### Special Limit on Cosmetic and Aesthetic Damage to Floors
Your policy has a limit of $10,000 for cosmetic and aesthetic damage to floors in certain situations. Please consult your policy for complete details.

## SECTION II - LIABILITY COVERAGE

### Coverage E – Personal Liability
Provides coverage for bodily injury or property damage you or a person insured under your policy is legally obligated to pay. The bodily injury or property damage must arise from an occurrence covered under Section II of your policy.

### Coverage F - Medical Payments To Others
Provides coverage for reasonable and necessary medical expenses if a guest is injured on your premises or, under certain circumstances, off the insured premises. The bodily injury must arise from an occurrence covered under Section II of your policy with limited exceptions. Some liabilities and medical expenses are not covered under Section II. Please see your policy for complete details.

## EXCLUSIONS AND OTHER LIMATIONS – SECTION II LIABILITY COVERAGES
### Personal Watercraft
Liability resulting from personal watercraft is excluded.
### Trampoline Liability
Liability resulting from trampolines is excluded.
### Diving Boards and Slides
Liability resulting from diving boards and slides is excluded.
### Animals
Liability resulting from animals is excluded.

## NONRENEWAL AND CANCELLATION PROVISIONS

All cancellations are granted a pro-rata return of premium.
### Your Right To Cancel
You may cancel the policy at any time, for any reason, by returning it to us or by letting us know in writing of the date cancellation is to take effect.
### Our Right To Cancel
If a state of emergency is declared by the governor and your residence premises has been damaged as a result of certain declared emergencies, our right to cancel is limited.  Please see your policy for complete details.

If a state of emergency has not been declared by the governor our rights to cancel are limited differently depending on whether your policy has been in effect for 90 days or less or more than 90 days and depending on the reason for the cancellation.  The required number of days of advance notice will also vary.  Please see the Cancellation Condition in your policy for complete details.

### Nonrenewal
We may elect not to renew your policy.  We may do so by delivering to you at your mailing address shown in the declarations, written notice, together with the reasons for nonrenewal.

Our right to nonrenew is limited differently if the Governor has declared a state of emergency. If the reason for nonrenewal is based on certain property insurance claims or other specified reasons, our rights are also limited in certain ways. The number of days of required advance notice will also vary depending on various circumstances. Please see the Nonrenewal Condition in your policy for complete details.

### Renewal
The renewal premium payment must be received no later than the renewal date or the policy will terminate.

### PREMIUM CREDITS

The following are brief descriptions of the premium credits available on your homeowner's policy. Your policy Declarations page will show which of these credits, if any, apply to your policy.

#### Building Code Effectiveness Grading Schedule (BCEGS) Credit
Available for homes built in an area graded 1-9.

#### Contents Coverage Exclusion Credit
For a credit, policies may exclude coverage for losses to personal property.

#### Deductible Options
Selecting a higher deductible may result in a lower premium.

#### Loss Free Credit
A credit applies when you have been loss free for at least three consecutive years without incurring a non-catastrophe loss.

#### Loss of Use – Decreased Limits
For a credit, policies may reduce the limit of coverage for Loss of Use.

#### New Home Discount
Based on the year that the home was constructed, the policy could qualify for a premium credit.

#### Ordinance or Law Decrease/Rejection
For a credit, policies may decrease or exclude coverage for increased costs to repair or replace the damage to a covered structure in order to be compliant with any local, state or federal law.

#### Protective Devices
Available for homes with a qualified central station burglar alarm, central station fire alarm or automatic fire sprinkler system.

#### Residential Windstorm Loss Mitigation Devices Credit
Housing features such as roof covering, roof shape, roof deck attachments, secondary water resistance, roof to wall connection and opening protection (qualifying shutters or other protective devices) may qualify for premium credit. Contact your agent for more information.

#### Unscheduled Other Structures – Decreased Limits
For a credit, policies may reduce the limit of coverage for other structures.

#### Windstorm or Hail Exclusion Credit
Policies may exclude coverage for losses caused by windstorm or hail. These policies will receive a premium credit.

### Secure Community/Building Credit

A credit is provided to homes located in communities limited to single entry access, protected by 24 hour security patrol, or 24 hour manned gates or passkey gates protecting all entrances.

### Number of Stories Single Story Home Credit

A number of stories credit is provided to one story homes located in certain coastal areas.

### Senior Retiree Discount

A senior retiree credit is provided when the insured has attained age 60 or is 55 and retired.

### Newer roof credit

Based on the age of the roof, a credit could be applied to the policy.

### PREMIUM SURCHARGES

### Age of Dwelling Surcharge

Based on the year that the home was constructed, a premium surcharge could be applied to the policy.

### Deductible Options

Selecting a lower deductible may result in a higher premium.

### No Prior Insurance/Lapse Surcharge

Applies when you have not had insurance for your home prior to the beginning of this policy.

### Older Roof surcharge

Based on the age of the roof, a premium surcharge could be applied to the policy.

### Other Surcharges

Other surcharges may be levied in accordance with state statute or Department of Financial Services rules. These surcharges will be disclosed on your Declarations page when they become applicable.

### OPTIONAL COVERAGES AVAILABLE

- Additional Amounts of Insurance
- Credit Card, Fund Transfer Card, Forgery And Counterfeit Money
- Golf Cart Coverage
- Identity Fraud Expense Coverage
- Increased Loss Assessment Coverage
- Increased Limits for Limited Fungi, Wet or Dry Rot, or Bacteria
- Increased Limits for Ordinance or Law
- Permitted Incidental Occupancies Related to Specified Business Activities
- Personal Injury Coverage
- Personal Property Replacement Cost
- Scheduled Personal Property
- Equipment Breakdown Coverage
- Coverage C Increased Special Limits of Liability
- Earthquake Coverage
- Sinkhole Loss Coverage
- Hurricane damage to Carport(s), Pool Cage(s) And Screen Enclosure(s)
- Limited Dog Liability

    © ISO Properties, Inc., 2005    HC2300001N 02 16

IL P 007 10 05

# FLORIDA
# HOMEOWNERS AND DWELLING PROPERTY PROGRAMS
# CALENDAR YEAR HURRICANE DEDUCTIBLE
# ADVISORY NOTICE TO POLICYHOLDERS

**CAUTION: No coverage is provided by this notice; nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is a conflict between the policy and this Advisory Notice to Policyholders, THE POLICY SHALL PREVAIL. PLEASE READ YOUR POLICY CAREFULLY.**

Current Florida law requires your Homeowners or Dwelling policy to provide a separate deductible, to be applied once a year, for all losses caused by one or more hurricanes during a calendar year. However, it is important for you to know the following:

- Each new hurricane deductible begins January 1st and ends December 31st of any given year. Therefore, the deductible will apply once under consecutive policy periods within a calendar year.
- Each January 1st, you will be subject to a new calendar year deductible for the coming year.
- Your hurricane deductible applies to loss to covered property caused by one or more hurricanes during each calendar year. If more than one hurricane causes damage, the deductible for any subsequent hurricane will be the greater of:
    - The remaining dollar amount of your calendar year hurricane deductible from the first hurricane; or
    - Your standard policy deductible that is in effect at the time of the subsequent hurricane.

---

**Examples:**

**Application of deductible with one hurricane during the calendar year:** Hurricane A occurs on September 1st and causes $20,000 of damage to the covered home. The policy limits are $100,000 and the hurricane deductible is $1,000. The amount that we would pay you would be $20,000 - $1,000 = $19,000.

**Application of deductible with a second hurricane during the calendar year and the hurricane deductible was used up with the first hurricane:** Hurricane A occurs on September 1st and causes $20,000 of damage to the covered home. Your hurricane deductible is $1,000 and has been used up with the first hurricane loss. Hurricane B occurs on October 1st and causes $10,000 of damage to the covered home. The policy limits are $100,000 and the hurricane deductible is $1,000. Your standard deductible is $500. Because this is the 2nd hurricane causing damage to your home and the hurricane deductible was exhausted in the first hurricane loss, hurricane A, your standard deductible will apply. The amount that we would pay you would be $10,000 - $500 = $9,500.

---

- If you change insurers during the calendar year, the "once a year" hurricane deductible may **not** apply, and you may incur a new hurricane deductible if there is more than one hurricane during the calendar year – regardless of whether you already satisfied a hurricane deductible that same year.
- When we insure your property under more than one policy, the largest hurricane deductible of all of the policies will be used to determine the hurricane deductible.
- If you choose a lower hurricane deductible during the calendar year, it may not take effect until the following year in some cases.
- If you choose a higher hurricane deductible during the calendar year, it will take effect on the effective date of your renewal or replacement policy.

 © ISO Properties, Inc., 2005

The following applies to your policy:

☐ Please retain all receipts or other records of windstorm loss caused by a hurricane and provide us with such receipts as often as we reasonably require, so that we may consider the amount of such loss when adjusting claims for subsequent hurricane occurrences that occur during the calendar year.

☒ Please report any windstorm loss caused by a hurricane occurrence that is below the hurricane deductible so that we may consider the amount of such loss when adjusting claims for subsequent hurricane occurrences that occur during the calendar year.

If you have any questions regarding this notice, please contact your agent or us. **READ YOUR POLICY CAREFULLY.**

© ISO Properties, Inc., 2005    **IL P 007 10 05**



Rev. 12/2015

| FACTS | What does Wilshire Insurance Company do with your personal information? |
|---|---|

| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|

| What? | The type of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security Number<br>• Account Balances and Payment History<br>• Credit History and Credit Scores<br><br>When you are no longer our customer, we continue to share your information as described in this notice. |
|---|---|

| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information, the reasons Wilshire Insurance Company chooses to share, and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does Wilshire share? | Can you limit sharing? |
|---|---|---|
| For our everyday business purposes: Processing your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For marketing purposes: to market our products and services to you | No | We don't share |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes: information about your transactions and experience | No | We don't share |
| For our affiliates' everyday business purposes: information about your creditworthiness | No | We don't share |
| For our affiliates to market to you | No | We don't share |
| For non-affiliates to market to you | No | We don't share |

| QUESTIONS? | Contact us at:<br>Wilshire Insurance Company<br>Attn: Compliance Department<br>P.O. Box 12999<br>Tallahassee, FL 32317 |
|---|---|

**Page 2**

| Who we are | |
|---|---|
| Who is providing this notice? | Wilshire Insurance Company |

| What we do | |
|---|---|
| How does Wilshire Insurance Company protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Wilshire Insurance Company collect my personal information? | We collect your personal information we receive from you on applications or forms from others, such as credit bureaus. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only the following: <br> • Sharing for affiliates' everyday business purposes - information about your creditworthiness; <br> • Affiliates from using your information to market you; or <br> • Sharing for non-affiliates to market to you <br> State laws may give you additional rights to limit sharing. **See section "Other important information" below for more about your rights under state law.** |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial or non-financial companies. |
| Non-Affiliates | Companies not related by common ownership or control. They can be financial or non-financial companies |
| Joint Marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you. |

| Other important information |
|---|
| You have the right of access and correction with respect to all personal information collected by us. Upon your request to us, you may obtain a more detailed notice as prescribed by law. |

# Use of Credit Disclosure Notice

In accordance with state statutes, this is notification that Wilshire Insurance Company, as part of a standard underwriting process, has ordered an insurance credit score on the first named insured listed on this policy. If an insurance credit score was not found on the first named insured, and there is a second named insured listed, an insurance credit score was ordered on the second named insured. **Wilshire Insurance Company does not use credit scores as the sole reason to decline any application.** Your insurance credit score will only affect the acceptance of your application if your credit score is unacceptable AND the underwriting process reveals additional adverse risk factors.

Your insurance credit score will be a factor in determining the premium charged for coverage under this policy. You will be notified if your insurance credit score results in premium in excess of the lowest premium available through Wilshire Insurance Company. If after we review the combination of your risk characteristics you do not receive the lowest possible rate, we will notify you in writing.

An insurance score uses information from your credit report to help predict how often you are likely to file claims and how expensive those claims will be. Typical items from a credit report that could affect a score include but are not limited to: payment history, number of revolving accounts, number of new accounts, the presence of collection accounts, bankruptcies and foreclosures. The information used to develop the insurance score is provided by TransUnion. Insurance credit scores may be re-run and updated at renewal. You may request your credit information be updated and if you question the accuracy of the credit information, we will reevaluate based on corrected information form the agency.

**Remember:**

- The Fair Credit Reporting Act provides you the right to obtain a free copy of the consumer report from the reporting agency. You may do so by contacting the agency within 60 days of receiving this notice.

- You also have the right to dispute with the consumer reporting agency the accuracy or completeness of any information in a consumer report furnished by the agency. You should contact the agency to discuss any information in the report.

- If your dispute results in your credit information being updated, you have the right to request that we reevaluate your policy based on the updated information.

- The consumer reporting agency did not make the pricing determination and cannot answer any questions regarding your policy.

**Consumer reporting agency contact information:**
TransUnion Corporation - Consumer Relations
2 Baldwin Place, P.O. Box 1000
Chester, PA 19022
1-800-888-4213
www.transunion.com/direct

**Insurance Company:**

Wilshire Insurance Company
4200 Six Forks Rd Suite 1400 Raleigh, NC 27609
(800)481-0661
www.iatinsurancegroup.com

# Flood Insurance Notice

Your homeowners or dwelling policy does NOT provide coverage for loss caused by flood or mudslide, which is defined, in part, by the National Flood Insurance Program as:

> A general and temporary condition of partial or complete inundation of normally dry land areas from overflow of inland or tidal waters or from the unusual and repaid accumulation or runoff of surface waters from any source

If you are required by your mortgage lender to have flood insurance on your property, or if you feel that your property is susceptible to flood damage, insurance covering damage from flood is available on most buildings and contents in participating communities through the National Flood Insurance Program.

Information about flood insurance and whether your community participates in the program can be obtained from your insurance company, from your insurance agent/broker or directly from the National Flood Insurance Program by calling 1-800-638-6620 or via their website at http://www.floodsmart.gov.

**Special Notice**

Thank you for trusting Wilshire Insurance Company as your insurance company. We are committed to your satisfaction and providing you with a competitive rate. Many factors are taken into account to rate insurance, including a credit-based insurance score, which was determined based on data from the reporting agency(ies) listed below. When we last received this data to help price your policy, you did not receive our lowest rate. You did receive a competitive and accurate price reflecting your individual characteristics. To see more detail, please see below.

The consumer reporting agency(ies) contact information is:
**Insurance Score (Credit History) Information:**
**TransUnion Corporation - Consumer Relations**
**2 Baldin Place, P.O. Box 1000**
**Chester, PA 19022**
**1-800-888-4213 www.transunion.com/direct**

**Insurance Company:**

Wilshire Insurance Company
702 Oberlin Road, Raleigh, NC 27605
(800) 481-0661
www.iatinsurancegroup.com

**Remember:**
- You have a right to obtain a free copy of the consumer report from the agency(ies) listed above. You may do so by contacting the agency within 60 days of receiving this notice.

- You also have the right to dispute with the consumer reporting agency the accuracy or completeness of any information in a consumer report furnished by the agency(ies). You should contact the agency to discuss any information in the report.

- The consumer reporting agency(ies) did not make the pricing determination and cannot answer any questions regarding your policy.

The following reason(s) were provided by the consumer reporting agency listed above. Please note that this information does not necessarily reflect a poor or below average credit standing.

Number of consumer-initiated inquiries during the past 24 months is between 6 and 11. Optimum value is no inquiries during the past 24 months. Score will improve as inquiries get older and there are no new inquiries.

Number of bank revolving accounts is between 2 and 9. Optimum value is 1. Score will improve with fewer bank revolving accounts.

**Special Notice**

Number of accounts ever 30 or more days past due, in the last seven years is 1 or more. Optimum value is no such past-due accounts. Score will improve with fewer accounts ever 30 or more days past due during the most recent seven years.

Months since most recent bank revolving account opened is between 6 and 39. Optimum value is 240 or more months since most recent bank revolving account was opened. Score will improve as bank revolving accounts get older and no new bank revolving accounts are added.


**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number: **688646**

Filing Accepted: **4/17/2023**

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | **CINDY WALTERS** |
| Street Address: | **2718 SUNSET INLET DRIVE** |
| City, State Zip: | **FLAGLER BEACH, FL 32136** |
| Email Address: | **ALI@THEKRFIRM.COM** |
| Complainant Type: | **Insured** |

### Insured

| | |
|---|---|
| Name: | **CINDY WALTERS** |
| Policy #: | **FLW562314701** |
| Claim #: | **HO-0008997** |

### Attorney

| | |
|---|---|
| Name: | **ALI A. KADIR** |
| Street Address: | **986 DOUGLAS AVE, STE. 102** |
| City, State Zip: | **ALTAMONTE SPRINGS, FL 32714** |
| Email Address: | **ALI@THEKRFIRM.COM** |

### Notice Against

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **WILSHIRE INSURANCE COMPANY** |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**DOUG METCALF, OCTAVIO QUINTANA, STEPHANIE CONES, KYLE S. WELKER, SAGESURE, AND ALL WILSHIRE CLAIMS ADJUSTERS, EMPLOYEES, REPRESENTATIVES, AGENTS, VENDORS, AND/OR ENGINEERS WHO HANDLED THE CLAIM.**

Type of Insurance:     **Residential Property & Casualty**

DFS-10-363
Rev. 10/14/2008



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number:        **688646**

## Reason for Notice

Reasons for Notice:

**Claim Denial**

**Claim Delay**

**Unsatisfactory Settlement Offer**

**Unfair Trade Practice**

**Misrepresentation**

---

**PURSUANT TO SECTION 624.155, F.S.** please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| **624.155(1)(b)(1)** | **Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.** |
| **624.155(1)(b)(3)** | **Except as to liability coverages, failing to promptly settle claims, when the obligation to settle a claim has become reasonably clear, under one portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage.** |
| **626.9541(1)(i)(3)(a)** | **Failing to adopt and implement standards for the proper investigation of claims.** |
| **626.9541(1)(i)(3)(b)** | **Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue.** |
| **626.9541(1)(i)(3)(c)** | **Failing to acknowledge and act promptly upon communications with respect to claims.** |
| **626.9541(1)(i)(3)(d)** | **Denying claims without conducting reasonable investigations based upon available information.** |
| **626.9541(1)(i)(3)(e)** | **Failing to affirm or deny full or partial coverage of claims, and, as to partial coverage, the dollar amount or extent of coverage, or failing to provide a written statement that the claim is being investigated, upon the written request of the insured within 30 days after proof-of-loss statements have been completed.** |
| **626.9541(1)(i)(3)(f)** | **Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement.** |
| **626.9541(1)(i)(3)(g)** | **Failing to promptly notify the insured of any additional information necessary for the processing of a claim.** |
| **626.9541(1)(i)(3)(h)** | **Failing to clearly explain the nature of the requested information and the reasons why such information is necessary.** |
| **626.9541(1)(i)(3)(i)** | **Unfair claim settlement practices** |

---

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

DFS-10-363
Rev. 10/14/2008

"This policy insures against risk of direct loss to covered property under Coverages A and B, unless not covered or excluded from coverage as described elsewhere in the policy."

Wilshire possesses a complete copy of the subject insurance policy. Ms. Walters is not in possession of a complete copy of the subject policy and is requesting a copy from Wilshire. Thus, this CRN cannot cite subject policy language verbatim due to such.

Notwithstanding, the subject policy is an all-risks insurance policy and the applicable policy language is the provision regarding coverage of all risks for the dwelling (Language such as "We insure against direct physical loss to property…", "We insure against risk of direct loss to property…", among other similar policy language etc. is typically used.) and provisions regarding exclusions or limitations to this all-risks provision.

---

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

Cindy Walters is a homeowner insured with an all-risks policy issued by Wilshire Insurance Company ("Wilshire"). The insured property or home is located at 2718 Sunset Inlet Drive, Flagler Beach, Florida 32136.

In September of 2022, Hurricane Ian caused extensive damage to Ms. Walters's home. Ms. Walters timely reported an insurance claim for this damage to Wilshire and fully cooperated with all requests for inspections. She provided all requested documentation, if any, and complied with all post loss policy conditions.

After reporting the claim, Wilshire retained an unqualified and biased field adjuster who has a financial relationship with Wilshire. This field adjuster inspected Ms. Walters's home in an apparent effort to minimize Wilshire's losses instead of adjusting the claim in good faith in due regard for Ms. Walters's interests.

Despite Wilshire finding coverage for her claim, it significantly undervalued Ms. Walters's claim at only $10,677.65. Due to such, Ms. Walters has not been able to permanently repair her home. Indeed, an estimate for repair of all damages with respect to her claim was prepared on behalf of Ms. Walters for $403,748.08 and was submitted to Wilshire; well above the amount from Wilshire.

Based on these facts, it is clear Wilshire unreasonably denied full coverage for Ms. Walters's claim in bad faith through its extremely low and unreasonable valuation of her claim. Wilshire undervalued and failed to make any payment regarding her claim without conducting a reasonable investigation based upon the available information. It misrepresented pertinent policy provisions and facts, and did not act fairly and honestly with Ms. Walters in due regard for her interests. Wilshire also failed to adopt and implement standards for the proper investigation of her claim. This has become a common business practice of Wilshire.

Florida Statute § 624.02 defines insurance as a contract whereby one undertakes to indemnify another or pay or allow a specified amount or a determinable benefit based on determinable contingencies. Inherent is the fact that payment must be made timely and promptly so that insureds may mitigate their damages and be put back into the position they were in prior to the loss as quickly as possible. Wilshire has breached this duty by refusing to properly and timely adjust the loss.

As a result, Ms. Walters had no choice but to retain the undersigned counsel and file a lawsuit against Wilshire.

Wilshire has more than enough information and is still refusing to accept coverage for this claim. This continued and repeated reckless claim delay and denial of coverage will result in a significant punitive damage award if a bad faith lawsuit is filed.

Wilshire can avoid a lawsuit for bad faith by immediately accepting full coverage under the subject insurance policy for this claim and by paying Ms. Walters $394,208.08, which is the policy limit for coverage A less the 2% hurricane deductible.

| Comments | | |
|---|---|---|
| User Id | Date Added | Comment |
| | | |

## APPRAISAL OF INSURANCE CLAIM – AWARD FORM

| | |
|---|---|
| **Carrier:** | IAT Insurance Group |
| **Insured:** | Cindy Walters |
| **Claim #:** | FLW562314701 |
| **Risk Location:** | 2718 Sunset Inlet Drive |
| | Flagler Beach, FL, 32136 |

## TO THE ABOVE-NAMED PARTIES AT INTEREST:

We the undersigned appraiser's, have investigated and considered all the material facts and available information pertaining to this claim, and have decided on an Appraisal Award as described below, and with the attached detailed breakdown.

| Coverage | RCV Amount of Loss | ACV Amount of Loss |
|---|---|---|
| A-Dwelling | $ 162,693.76 | $ 149,987.65 |
| B-APS | Not appraised | Not appraised |
| C-Personal Property | Not appraised | Not appraised |
| D-A.L.E | Not appraised | Not appraised |

This Appraisal Award shall be valid and binding upon all parties concerned when at least two of the three parties named below concur in a decision, as evidenced by their signatures below.  This award is made without any consideration of any deductible amount, prior payments issued to the insured or any other terms, conditions, provisions or exclusions of the above policy.

The deliberation of the Appraisal Panel is confidential and exempt from depositions or suit in case the Award is challenged, or a bad faith claim is filed. Furthermore, to the maximum extent permitted by law, no party will assert any claims against the named Appraisers or named Umpire or their respective firms, seeking to hold them or their firms liable for any act or omission in performing their duties as an Appraiser or Umpire.

All executed copies shall be considered as counterpart originals.

## WE AGREE TO THE ABOVE:

_____        DATE: _____
- Appraiser for the Carrier: Robert Carr

_____        DATE: 6/25/23
- Appraiser for the Insured: Mike Keeler

_____Thomas Wareham_____        DATE: 06/23/2023
- Umpire: Tom Wareham

 **Wareham Construction, Inc.**

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587

|  |  |
|---|---|
| Insured: | Cindy Walters |
| Property: | 2718 Sunset Inlet Drive |
|  | Flagler Beach, FL 32126 |

|  |  |
|---|---|
| Estimator: | Thomas J. Wareham - CGC 020587 |
| Position: | President |
| Company: | Wareham Construction, Inc. |

**Claim Number:** HO-0008997        **Policy Number:**                    **Type of Loss:** Hurricane

| Date of Loss: | 9/28/2022 12:00 AM | Date Received: |  |
|---|---|---|---|
| Date Inspected: |  | Date Entered: | 6/19/2023 2:55 PM |

|  |  |
|---|---|
| Price List: | FLDY8X_MAY23 |
|  | Restoration/Service/Remodel |
| Estimate: | WALTERS-CINDY |

### ***DISCLAIMER***

Please be advised that Wareham Construction, Inc. reserves its right to amend this estimate should any additional pertinent information be provided to us. This estimate is used as a comparative to documents created by an outside party and provided to Wareham Construction for review. This estimate is for comparative purposes only. The pricing utilized is in accordance with current local industry standards and what Wareham Construction would charge to perform the scope of work outlined. The information contained herein is limited to the documents made available to us. CGC #020587

*Please note that there has been a recent significant increase in labor & material costs. This estimate reflects the current market value for the type of work outlined herein.*



## Wareham Construction, Inc.

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587

### WALTERS-CINDY

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

***DISCLAIMER***

Roof pricing is based on what a state licensed roofing contractor would currently charge to perform the work outlined herein. Pricing includes all associated labor, fees, permits, delivery, waste, disposal, etc.; however, additional items may be required (such as cranes for high commercial structures, truss repair or replacement, detaching & resetting of additional rooftop components, additional fees for difficult building access, etc.). Replacement of sheathing greater than 96 SF is an additional cost. Due to the unique nature of each job, pricing may vary and is subject to change.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Remove Laminated - comp. shingle rfg. - w/out felt | 16.02 SQ | 69.78 | 0.00 | 223.58 | 1,341.46 | (0.00) | 1,341.46 |
| Laminated - comp. shingle rfg. - w/out felt | 16.33 SQ | 315.54 | 138.37 | 1,058.24 | 6,349.38 | (793.68) | 5,555.70 |
| Roofing felt - 30 lb. - double coverage/low slope | 16.02 SQ | 88.32 | 29.13 | 288.80 | 1,732.82 | (216.60) | 1,516.22 |
| Asphalt starter - laminated double layer starter | 219.84 LF | 5.55 | 29.01 | 249.82 | 1,498.94 | (187.37) | 1,311.57 |
| Hip / Ridge cap - composition shingles | 84.00 LF | 5.53 | 7.48 | 94.40 | 566.40 | (70.80) | 495.60 |
| R&R Continuous ridge vent - shingle-over style | 16.00 LF | 12.59 | 4.39 | 41.16 | 246.99 | (28.14) | 218.85 |
| R&R Drip edge | 219.84 LF | 3.86 | 17.86 | 173.30 | 1,039.74 | (115.46) | 924.28 |
| R&R Valley metal | 17.25 LF | 8.15 | 2.84 | 28.68 | 172.11 | (19.47) | 152.64 |
| R&R Flashing - pipe jack | 2.00 EA | 70.29 | 2.26 | 28.58 | 171.42 | (18.56) | 152.86 |
| Re-nailing of roof sheathing - complete re-nail | 1,602.00 SF | 0.32 | 1.04 | 102.72 | 616.40 | (0.00) | 616.40 |

*Re-nailing of a roof is a repair in which the Florida Building Code requires a roofer to re-nail all of the sheathing in order to bring it up to code for the safety of the homeowner.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Remove Additional charge for high roof (2 stories or greater) | 16.02 SQ | 7.17 | 0.00 | 22.98 | 137.84 | (0.00) | 137.84 |
| Additional charge for high roof (2 stories or greater) | 16.02 SQ | 26.82 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| **Totals: Roof** | | | **232.38** | **2,398.20** | **14,389.10** | **1,450.08** | **12,939.02** |

#### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Soffit - metal | 30.00 SF | 7.01 | 7.20 | 43.50 | 261.00 | (20.52) | 240.48 |
| **Totals: Exterior** | | | **7.20** | **43.50** | **261.00** | **20.52** | **240.48** |

#### 1st Floor



## Wareham Construction, Inc.

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587



| Family Room | LxWxH 15' 6" x 12' 10" x 10' |
|---|---|
| 473.33 SF Walls | 198.92 SF Ceiling |
| 672.25 SF Walls & Ceiling | 198.92 SF Floor |
| 22.10 SY Flooring | 47.33 LF Floor Perimeter |
| 155.00 SF Long Wall | 128.33 SF Short Wall |
| 47.33 LF Ceil. Perimeter | |



| Subroom 1: Offset | LxWxH 9' 4" x 8' x 10' |
|---|---|
| 253.33 SF Walls | 74.67 SF Ceiling |
| 328.00 SF Walls & Ceiling | 74.67 SF Floor |
| 8.30 SY Flooring | 25.33 LF Floor Perimeter |
| 93.33 SF Long Wall | 80.00 SF Short Wall |
| 25.33 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor/Ceiling** | 9' 4" X 10' | | | **Opens into Family Room** | | | |
|---|---|---|---|---|---|---|---|
| **DESCRIPTION** | **QUANTITY** | **UNIT PRICE** | **TAX** | **O&P** | **RCV** | **DEPREC.** | **ACV** |
| Content Manipulation charge - per hour | 2.00 HR | 52.61 | 0.00 | 21.04 | 126.26 | (0.00) | 126.26 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 72.67 LF | 1.58 | 1.28 | 23.22 | 139.32 | (0.00) | 139.32 |
| Floor protection - heavy paper and tape | 273.58 SF | 0.51 | 1.24 | 28.14 | 168.91 | (0.00) | 168.91 |
| Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 39.89 | 0.00 | 23.94 | 143.61 | (0.00) | 143.61 |
| Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 16.15 | 0.00 | 6.46 | 38.76 | (0.00) | 38.76 |
| Refrigerator - Remove & reset | 1.00 EA | 56.43 | 0.00 | 11.28 | 67.71 | (0.00) | 67.71 |
| R&R Cabinetry - upper (wall) units - High grade | 10.00 LF | 239.20 | 116.49 | 501.70 | 3,010.19 | (288.80) | 2,721.39 |
| R&R Cabinetry - lower (base) units - High grade | 8.50 LF | 331.66 | 150.10 | 593.84 | 3,563.05 | (345.92) | 3,217.13 |
| Add for prefinished crown molding per LF | 12.50 LF | 11.09 | 5.80 | 28.88 | 173.31 | (17.34) | 155.97 |
| Add for frosted/etched or beveled glass, per cabinet door | 4.00 EA | 45.09 | 11.72 | 38.42 | 230.50 | (23.05) | 207.45 |
| Countertop - solid surface/granite - Detach & reset | 23.30 SF | 42.12 | 0.15 | 196.32 | 1,177.87 | (0.00) | 1,177.87 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 273.58 SF | 3.71 | 12.98 | 205.58 | 1,233.54 | (69.76) | 1,163.78 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 363.33 SF | 3.62 | 16.30 | 266.32 | 1,597.88 | (89.95) | 1,507.93 |
| Texture drywall - machine - knockdown | 273.58 SF | 1.03 | 0.89 | 56.54 | 339.22 | (22.61) | 316.61 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 1,000.25 SF | 0.69 | 5.20 | 139.08 | 834.45 | (118.21) | 716.24 |
| Paint the walls and ceiling - two coats | 1,000.25 SF | 1.16 | 20.16 | 236.10 | 1,416.55 | (200.68) | 1,215.87 |
| R&R Crown molding - 5 1/4" | 72.67 LF | 7.98 | 16.44 | 119.26 | 715.60 | (42.48) | 673.12 |
| Paint crown molding - two coats | 72.67 LF | 1.75 | 0.90 | 25.62 | 153.69 | (21.77) | 131.92 |
| R&R Baseboard - 6" w/shoe | 72.67 LF | 9.07 | 20.93 | 136.00 | 816.05 | (49.98) | 766.07 |

WALTERS-CINDY                                                          6/22/2023          Page: 3



**Wareham Construction, Inc.**

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587

### CONTINUED - Family Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 72.67 LF | 2.23 | 2.08 | 32.84 | 196.97 | (27.90) | 169.07 |
| Clean floor - tile - Heavy clean | 273.58 SF | 1.02 | 1.07 | 56.04 | 336.16 | (0.00) | 336.16 |
| **Totals: Family Room** | | | 383.73 | 2,746.62 | 16,479.60 | 1,318.45 | 15,161.15 |



**Entry/Foyer**                                                    **LxWxH 4' 7" x 3' 6" x 10'**

| | |
|---|---|
| 126.67 SF Walls | 16.04 SF Ceiling |
| 142.71 SF Walls & Ceiling | 16.04 SF Floor |
| 1.78 SY Flooring | 12.67 LF Floor Perimeter |
| 45.83 SF Long Wall | 35.00 SF Short Wall |
| 12.67 LF Ceil. Perimeter | |



**Subroom 1: Offset**                                              **LxWxH 8' 6" x 3' 6" x 10'**

| | |
|---|---|
| 205.00 SF Walls | 29.75 SF Ceiling |
| 234.75 SF Walls & Ceiling | 29.75 SF Floor |
| 3.31 SY Flooring | 20.50 LF Floor Perimeter |
| 85.00 SF Long Wall | 35.00 SF Short Wall |
| 20.50 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor/Ceiling**    **3' 6" X 10'**    **Opens into Entry/Foyer**



**Subroom 2: Offset 2**                                            **LxWxH 9' 10" x 5' x 10'**

| | |
|---|---|
| 296.67 SF Walls | 49.17 SF Ceiling |
| 345.83 SF Walls & Ceiling | 49.17 SF Floor |
| 5.46 SY Flooring | 29.67 LF Floor Perimeter |
| 98.33 SF Long Wall | 50.00 SF Short Wall |
| 29.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 1.00 HR | 52.61 | 0.00 | 10.52 | 63.13 | (0.00) | 63.13 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 62.83 LF | 1.58 | 1.10 | 20.08 | 120.45 | (0.00) | 120.45 |
| Floor protection - heavy paper and tape | 94.96 SF | 0.51 | 0.43 | 9.76 | 58.62 | (0.00) | 58.62 |
| Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 39.89 | 0.00 | 7.98 | 47.87 | (0.00) | 47.87 |



**Wareham Construction, Inc.**

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587



Part 2 of 2

### CONTINUED - Entry/Foyer

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Remove Security system - key pad | 1.00 EA | 9.25 | 0.00 | 1.86 | 11.11 | (0.00) | 11.11 |
| Install Security system - key pad | 1.00 EA | 110.72 | 0.00 | 22.14 | 132.86 | (0.00) | 132.86 |
| Light fixture - Detach & reset | 1.00 EA | 54.70 | 0.00 | 10.94 | 65.64 | (0.00) | 65.64 |
| Smoke detector - Detach & reset | 1.00 EA | 52.97 | 0.00 | 10.60 | 63.57 | (0.00) | 63.57 |
| Cold air return cover - Detach & reset | 1.00 EA | 22.07 | 0.00 | 4.42 | 26.49 | (0.00) | 26.49 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 723.29 SF | 0.69 | 3.76 | 100.58 | 603.41 | (85.48) | 517.93 |
| Paint the walls and ceiling - two coats | 723.29 SF | 1.16 | 14.57 | 170.72 | 1,024.31 | (145.11) | 879.20 |
| R&R Crown molding - 5 1/4" | 62.83 LF | 7.98 | 14.21 | 103.12 | 618.72 | (36.73) | 581.99 |
| Paint crown molding - two coats | 62.83 LF | 1.75 | 0.78 | 22.16 | 132.89 | (18.82) | 114.07 |
| R&R Baseboard - 6" w/shoe | 62.83 LF | 9.07 | 18.09 | 117.60 | 705.56 | (43.22) | 662.34 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 62.83 LF | 2.23 | 1.80 | 28.38 | 170.29 | (24.13) | 146.16 |
| Clean floor - tile - Heavy clean | 94.96 SF | 1.02 | 0.37 | 19.46 | 116.69 | (0.00) | 116.69 |
| **Totals: Entry/Foyer** | | | **55.11** | **660.32** | **3,961.61** | **353.49** | **3,608.12** |
| **Total: 1st Floor** | | | **438.84** | **3,406.94** | **20,441.21** | **1,671.94** | **18,769.27** |

### 2nd Floor



**Master Bedroom**                                       LxWxH 13' x 11' x 10'

370.00 SF Walls                        143.00 SF Ceiling
513.00 SF Walls & Ceiling              143.00 SF Floor
15.89 SY Flooring                      37.00 LF Floor Perimeter
130.00 SF Long Wall                    110.00 SF Short Wall
37.00 LF Ceil. Perimeter



**Subroom 1: Offset**                                    LxWxH 12' 6" x 8' x 10'

330.00 SF Walls                        100.00 SF Ceiling
430.00 SF Walls & Ceiling              100.00 SF Floor
11.11 SY Flooring                      33.00 LF Floor Perimeter
125.00 SF Long Wall                    80.00 SF Short Wall
33.00 LF Ceil. Perimeter

**Missing Wall - Goes to Floor/Ceiling**        8' X 10'        **Opens into Master Bedroom**

WALTERS-CINDY                                                   6/22/2023        Page: 5



**Wareham Construction, Inc.**

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587



| **Subroom 2: Entry Offset** | **LxWxH 5' x 3' x 10'** |
|---|---|
| 130.00 SF Walls | 15.00 SF Ceiling |
| 145.00 SF Walls & Ceiling | 15.00 SF Floor |
| 1.67 SY Flooring | 13.00 LF Floor Perimeter |
| 50.00 SF Long Wall | 30.00 SF Short Wall |
| 13.00 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor/Ceiling** | **3' X 10'** | | | **Opens into Master Bedroom** | | | |
|---|---|---|---|---|---|---|---|
| **DESCRIPTION** | **QUANTITY** | **UNIT PRICE** | **TAX** | **O&P** | **RCV** | **DEPREC.** | **ACV** |
| Content Manipulation charge - per hour | 4.00 HR | 52.61 | 0.00 | 42.08 | 252.52 | (0.00) | 252.52 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 83.00 LF | 1.58 | 1.46 | 26.52 | 159.12 | (0.00) | 159.12 |
| Floor protection - heavy paper and tape | 258.00 SF | 0.51 | 1.17 | 26.56 | 159.31 | (0.00) | 159.31 |
| Window blind - horizontal or vertical - Detach & reset | 4.00 EA | 39.89 | 0.00 | 31.92 | 191.48 | (0.00) | 191.48 |
| Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 16.15 | 0.00 | 3.24 | 19.39 | (0.00) | 19.39 |
| Light fixture - Detach & reset | 1.00 EA | 54.70 | 0.00 | 10.94 | 65.64 | (0.00) | 65.64 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 258.00 SF | 3.71 | 12.24 | 193.88 | 1,163.30 | (65.79) | 1,097.51 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 305.00 SF | 3.62 | 13.68 | 223.58 | 1,341.36 | (75.51) | 1,265.85 |
| Texture drywall - machine - knockdown | 258.00 SF | 1.03 | 0.84 | 53.30 | 319.88 | (21.33) | 298.55 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 1,088.00 SF | 0.69 | 5.66 | 151.28 | 907.66 | (128.58) | 779.08 |
| Paint the walls and ceiling - two coats | 1,088.00 SF | 1.16 | 21.92 | 256.80 | 1,540.80 | (218.28) | 1,322.52 |
| R&R Crown molding - 5 1/4" | 83.00 LF | 7.98 | 18.77 | 136.22 | 817.33 | (48.51) | 768.82 |
| Paint crown molding - two coats | 83.00 LF | 1.75 | 1.03 | 29.26 | 175.54 | (24.87) | 150.67 |
| R&R Baseboard - 6" w/shoe | 83.00 LF | 9.07 | 23.90 | 155.34 | 932.05 | (57.09) | 874.96 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 83.00 LF | 2.23 | 2.37 | 37.50 | 224.96 | (31.87) | 193.09 |
| R&R Vinyl plank flooring | 258.00 SF | 8.14 | 56.68 | 431.36 | 2,588.16 | (209.59) | 2,378.57 |
| Floor prep (scrape rubber back residue) | 258.00 SF | 0.65 | 0.00 | 33.54 | 201.24 | (0.00) | 201.24 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 36.73 | 0.79 | 14.86 | 89.11 | (12.62) | 76.49 |
| **Totals: Master Bedroom** | | | **160.51** | **1,858.18** | **11,148.85** | **894.04** | **10,254.81** |



## Wareham Construction, Inc.

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587



**Hallway**                                                    **LxWxH 23' 10" x 3' 4" x 10'**

| | |
|---|---|
| 543.33 SF Walls | 79.44 SF Ceiling |
| 622.78 SF Walls & Ceiling | 79.44 SF Floor |
| 8.83 SY Flooring | 54.33 LF Floor Perimeter |
| 238.33 SF Long Wall | 33.33 SF Short Wall |
| 54.33 LF Ceil. Perimeter | |



**Subroom 1: Closet**                                          **LxWxH 3' x 1' 6" x 10'**

| | |
|---|---|
| 90.00 SF Walls | 4.50 SF Ceiling |
| 94.50 SF Walls & Ceiling | 4.50 SF Floor |
| 0.50 SY Flooring | 9.00 LF Floor Perimeter |
| 30.00 SF Long Wall | 15.00 SF Short Wall |
| 9.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 1.00 HR | 52.61 | 0.00 | 10.52 | 63.13 | (0.00) | 63.13 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 63.33 LF | 1.58 | 1.11 | 20.24 | 121.41 | (0.00) | 121.41 |
| Floor protection - heavy paper and tape | 83.94 SF | 0.51 | 0.38 | 8.64 | 51.83 | (0.00) | 51.83 |
| Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 16.15 | 0.00 | 6.46 | 38.76 | (0.00) | 38.76 |
| Smoke detector - Detach & reset | 1.00 EA | 52.97 | 0.00 | 10.60 | 63.57 | (0.00) | 63.57 |
| Recessed light fixture - Detach & reset trim only | 4.00 EA | 4.07 | 0.00 | 3.26 | 19.54 | (0.00) | 19.54 |
| Thermostat - Detach & reset | 1.00 EA | 54.01 | 0.00 | 10.80 | 64.81 | (0.00) | 64.81 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 41.97 SF | 3.71 | 1.99 | 31.54 | 189.24 | (10.70) | 178.54 |
| Texture drywall - smooth / skim coat | 83.94 SF | 1.77 | 0.71 | 29.86 | 179.14 | (11.95) | 167.19 |
| Texture drywall - machine - knockdown | 83.94 SF | 1.03 | 0.27 | 17.36 | 104.09 | (6.94) | 97.15 |
| Seal the ceiling w/latex based stain blocker - one coat | 83.94 SF | 0.69 | 0.44 | 11.66 | 70.02 | (9.92) | 60.10 |
| Paint the walls and ceiling - two coats | 717.28 SF | 1.16 | 14.45 | 169.30 | 1,015.79 | (143.91) | 871.88 |
| R&R Baseboard - 6" w/shoe | 63.33 LF | 9.07 | 18.24 | 118.52 | 711.16 | (43.56) | 667.60 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 63.33 LF | 2.23 | 1.81 | 28.60 | 171.64 | (24.32) | 147.32 |
| R&R Vinyl plank flooring | 83.94 SF | 8.14 | 18.44 | 140.34 | 842.05 | (68.19) | 773.86 |
| Floor prep (scrape rubber back residue) | 83.94 SF | 0.65 | 0.00 | 10.92 | 65.48 | (0.00) | 65.48 |
| Paint door/window trim & jamb - 2 coats (per side) | 5.00 EA | 36.73 | 1.99 | 37.16 | 222.78 | (31.56) | 191.22 |
| Paint door slab only - 2 coats (per side) | 5.00 EA | 44.24 | 3.32 | 44.90 | 269.42 | (38.16) | 231.26 |
| **Totals: Hallway** | | | **63.15** | **710.66** | **4,263.86** | **389.21** | **3,874.65** |



## Wareham Construction, Inc.

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587



| **Bedroom 1 (NW)** | **LxWxH 13' x 10' 6" x 10'** |
|---|---|
| 470.00 SF Walls | 136.50 SF Ceiling |
| 606.50 SF Walls & Ceiling | 136.50 SF Floor |
| 15.17 SY Flooring | 47.00 LF Floor Perimeter |
| 130.00 SF Long Wall | 105.00 SF Short Wall |
| 47.00 LF Ceil. Perimeter | |



| **Subroom 1: Closet** | **LxWxH 8' 8" x 2' x 10'** |
|---|---|
| 213.33 SF Walls | 17.33 SF Ceiling |
| 230.67 SF Walls & Ceiling | 17.33 SF Floor |
| 1.93 SY Flooring | 21.33 LF Floor Perimeter |
| 86.67 SF Long Wall | 20.00 SF Short Wall |
| 21.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 4.00 HR | 52.61 | 0.00 | 42.08 | 252.52 | (0.00) | 252.52 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 68.33 LF | 1.58 | 1.20 | 21.84 | 131.00 | (0.00) | 131.00 |
| Floor protection - heavy paper and tape | 153.83 SF | 0.51 | 0.70 | 15.84 | 94.99 | (0.00) | 94.99 |
| Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 39.89 | 0.00 | 15.96 | 95.74 | (0.00) | 95.74 |
| Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 16.15 | 0.00 | 3.24 | 19.39 | (0.00) | 19.39 |
| Smoke detector - Detach & reset | 1.00 EA | 52.97 | 0.00 | 10.60 | 63.57 | (0.00) | 63.57 |
| Ceiling fan - Detach & reset | 1.00 EA | 194.84 | 0.00 | 38.96 | 233.80 | (0.00) | 233.80 |
| TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | 56.60 | 0.00 | 11.32 | 67.92 | (0.00) | 67.92 |
| R&R Cabinetry - upper (wall) units - Premium grade | 7.00 LF | 403.61 | 156.35 | 596.34 | 3,577.96 | (349.24) | 3,228.72 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 216.67 SF | 3.62 | 9.72 | 158.80 | 952.86 | (53.65) | 899.21 |
| Seal the walls w/latex based stain blocker - one coat | 683.33 SF | 0.69 | 3.55 | 95.02 | 570.07 | (80.76) | 489.31 |
| Paint the walls - two coats | 683.33 SF | 1.16 | 13.77 | 161.30 | 967.73 | (137.09) | 830.64 |
| R&R Baseboard - 6" w/shoe | 68.33 LF | 9.07 | 19.68 | 127.88 | 767.31 | (47.00) | 720.31 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 68.33 LF | 2.23 | 1.95 | 30.88 | 185.21 | (26.23) | 158.98 |
| R&R Vinyl plank flooring | 153.83 SF | 8.14 | 33.80 | 257.20 | 1,543.18 | (124.97) | 1,418.21 |
| Floor prep (scrape rubber back residue) | 153.83 SF | 0.65 | 0.00 | 20.00 | 119.99 | (0.00) | 119.99 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 36.73 | 0.79 | 14.86 | 89.11 | (12.62) | 76.49 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 44.24 | 1.33 | 17.96 | 107.77 | (15.27) | 92.50 |
| **Totals: Bedroom 1 (NW)** | | | **242.84** | **1,640.08** | **9,840.12** | **846.83** | **8,993.29** |



## Wareham Construction, Inc.

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587



**Bedroom 2 (SW)**                                              **LxWxH 12' x 10' 8" x 10'**

| | |
|---|---|
| 453.33 SF Walls | 128.00 SF Ceiling |
| 581.33 SF Walls & Ceiling | 128.00 SF Floor |
| 14.22 SY Flooring | 45.33 LF Floor Perimeter |
| 120.00 SF Long Wall | 106.67 SF Short Wall |
| 45.33 LF Ceil. Perimeter | |



**Subroom 1:  Closet**                                          **LxWxH 12' x 6' 6" x 10'**

| | |
|---|---|
| 370.00 SF Walls | 78.00 SF Ceiling |
| 448.00 SF Walls & Ceiling | 78.00 SF Floor |
| 8.67 SY Flooring | 37.00 LF Floor Perimeter |
| 120.00 SF Long Wall | 65.00 SF Short Wall |
| 37.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 4.00 HR | 52.61 | 0.00 | 42.08 | 252.52 | (0.00) | 252.52 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 82.33 LF | 1.58 | 1.44 | 26.30 | 157.82 | (0.00) | 157.82 |
| Floor protection - heavy paper and tape | 206.00 SF | 0.51 | 0.94 | 21.20 | 127.20 | (0.00) | 127.20 |
| Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 39.89 | 0.00 | 15.96 | 95.74 | (0.00) | 95.74 |
| Ceiling fan - Detach & reset | 1.00 EA | 194.84 | 0.00 | 38.96 | 233.80 | (0.00) | 233.80 |
| Smoke detector - Detach & reset | 1.00 EA | 52.97 | 0.00 | 10.60 | 63.57 | (0.00) | 63.57 |
| Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 16.15 | 0.00 | 3.24 | 19.39 | (0.00) | 19.39 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 1,029.33 SF | 3.71 | 48.84 | 773.52 | 4,641.18 | (262.48) | 4,378.70 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 411.67 SF | 3.62 | 18.46 | 301.76 | 1,810.46 | (101.93) | 1,708.53 |
| Texture drywall - machine - knockdown | 206.00 SF | 1.03 | 0.67 | 42.58 | 255.43 | (17.02) | 238.41 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 1,029.33 SF | 0.69 | 5.35 | 143.12 | 858.71 | (121.65) | 737.06 |
| Paint the walls and ceiling - two coats | 1,029.33 SF | 1.16 | 20.74 | 242.94 | 1,457.70 | (206.51) | 1,251.19 |
| R&R Baseboard - 6" w/shoe | 82.33 LF | 9.07 | 23.71 | 154.10 | 924.54 | (56.63) | 867.91 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 82.33 LF | 2.23 | 2.35 | 37.20 | 223.15 | (31.61) | 191.54 |
| R&R Vinyl plank flooring | 206.00 SF | 8.14 | 45.26 | 344.42 | 2,066.52 | (167.35) | 1,899.17 |
| Floor prep (scrape rubber back residue) | 206.00 SF | 0.65 | 0.00 | 26.78 | 160.68 | (0.00) | 160.68 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 36.73 | 0.79 | 14.86 | 89.11 | (12.62) | 76.49 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 44.24 | 1.33 | 17.96 | 107.77 | (15.27) | 92.50 |
| **Totals:  Bedroom 2 (SW)** | | | 169.88 | 2,257.58 | 13,545.29 | 993.07 | 12,552.22 |



**Wareham Construction, Inc.**

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587

### Stairway

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 1.00 HR | 52.61 | 0.00 | 10.52 | 63.13 | (0.00) | 63.13 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 45.59 LF | 1.58 | 0.80 | 14.56 | 87.39 | (0.00) | 87.39 |
| Floor protection - heavy paper and tape | 107.82 SF | 0.51 | 0.49 | 11.10 | 66.58 | (0.00) | 66.58 |
| Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 39.89 | 0.00 | 15.96 | 95.74 | (0.00) | 95.74 |
| Recessed light fixture - Detach & reset trim only | 2.00 EA | 4.07 | 0.00 | 1.62 | 9.76 | (0.00) | 9.76 |
| Texture drywall - smooth / skim coat | 69.26 SF | 1.77 | 0.59 | 24.64 | 147.82 | (9.86) | 137.96 |
| Texture drywall - machine - knockdown | 69.26 SF | 1.03 | 0.22 | 14.30 | 85.86 | (5.73) | 80.13 |
| Step charge for vinyl installation | 22.00 EA | 19.35 | 7.48 | 86.64 | 519.82 | (0.00) | 519.82 |
| Seal the ceiling w/latex based stain blocker - one coat | 69.26 SF | 0.69 | 0.36 | 9.64 | 57.79 | (8.18) | 49.61 |
| Paint the walls and ceiling - two coats* | 675.16 SF | 1.16 | 13.60 | 159.36 | 956.15 | (135.45) | 820.70 |
| R&R Baseboard - 6" w/shoe | 50.71 LF | 9.07 | 14.60 | 94.90 | 569.44 | (34.88) | 534.56 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 50.71 LF | 2.23 | 1.45 | 22.92 | 137.45 | (19.47) | 117.98 |
| R&R Vinyl plank flooring | 107.82 SF | 8.14 | 23.69 | 180.26 | 1,081.60 | (87.59) | 994.01 |
| Floor prep (scrape rubber back residue) | 107.82 SF | 0.65 | 0.00 | 14.02 | 84.10 | (0.00) | 84.10 |
| **Totals: Stairway** | | | **63.28** | **660.44** | **3,962.63** | **301.16** | **3,661.47** |
| **Total: 2nd Floor** | | | **699.66** | **7,126.94** | **42,760.75** | **3,424.31** | **39,336.44** |

### 3rd Floor



**Living Room**                                                  LxWxH 26' 6" x 16' x 10'

720.00 SF Walls                        424.00 SF Ceiling
1144.00 SF Walls & Ceiling             424.00 SF Floor
47.11 SY Flooring                      72.00 LF Floor Perimeter
265.00 SF Long Wall                    160.00 SF Short Wall
72.00 LF Ceil. Perimeter

**Subroom 1: Dining Room**                                       LxWxH 13' x 9' x 10'

310.00 SF Walls                        117.00 SF Ceiling
427.00 SF Walls & Ceiling              117.00 SF Floor
13.00 SY Flooring                      31.00 LF Floor Perimeter
130.00 SF Long Wall                    90.00 SF Short Wall
31.00 LF Ceil. Perimeter

**Missing Wall - Goes to Floor/Ceiling**        **13' X 10'**        **Opens into Living Room**

WALTERS-CINDY                                                 6/22/2023        Page: 10



## Wareham Construction, Inc.

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 4.00 HR | 52.61 | 0.00 | 42.08 | 252.52 | (0.00) | 252.52 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 103.00 LF | 1.58 | 1.81 | 32.90 | 197.45 | (0.00) | 197.45 |
| Floor protection - heavy paper and tape | 541.00 SF | 0.51 | 2.46 | 55.68 | 334.05 | (0.00) | 334.05 |
| Window blind - horizontal or vertical - Detach & reset | 9.00 EA | 39.89 | 0.00 | 71.80 | 430.81 | (0.00) | 430.81 |
| Heat/AC register - Mechanically attached - Detach & reset | 3.00 EA | 16.15 | 0.00 | 9.70 | 58.15 | (0.00) | 58.15 |
| Smoke detector - Detach & reset | 1.00 EA | 52.97 | 0.00 | 10.60 | 63.57 | (0.00) | 63.57 |
| Recessed light fixture - Detach & reset trim only | 9.00 EA | 4.07 | 0.00 | 7.32 | 43.95 | (0.00) | 43.95 |
| Thermostat - Detach & reset | 1.00 EA | 54.01 | 0.00 | 10.80 | 64.81 | (0.00) | 64.81 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 541.00 SF | 3.71 | 25.67 | 406.56 | 2,439.34 | (137.95) | 2,301.39 |
| R&R Blown-in insulation - 12" depth - R30 | 541.00 SF | 2.73 | 37.63 | 302.90 | 1,817.46 | (64.03) | 1,753.43 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 1,030.00 SF | 3.62 | 46.20 | 754.96 | 4,529.76 | (255.02) | 4,274.74 |
| Texture drywall - machine - knockdown | 541.00 SF | 1.03 | 1.76 | 111.80 | 670.79 | (44.72) | 626.07 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 1,571.00 SF | 0.69 | 8.17 | 218.44 | 1,310.60 | (185.67) | 1,124.93 |
| Paint the walls and ceiling - two coats | 1,571.00 SF | 1.16 | 31.66 | 370.82 | 2,224.84 | (315.18) | 1,909.66 |
| R&R Baseboard - 6" w/shoe | 103.00 LF | 9.07 | 29.66 | 192.78 | 1,156.65 | (70.84) | 1,085.81 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 103.00 LF | 2.23 | 2.95 | 46.54 | 279.18 | (39.55) | 239.63 |
| R&R Vinyl plank flooring | 541.00 SF | 8.14 | 118.86 | 904.54 | 5,427.14 | (439.49) | 4,987.65 |
| Floor prep (scrape rubber back residue) | 541.00 SF | 0.65 | 0.00 | 70.34 | 421.99 | (0.00) | 421.99 |
| Door bell/chime - Detach & reset | 1.00 EA | 51.72 | 0.00 | 10.34 | 62.06 | (0.00) | 62.06 |

| **Totals: Living Room** | | | 306.83 | 3,630.90 | 21,785.12 | 1,552.45 | 20,232.67 |



### Kitchen                                                              LxWxH 16' x 15' x 10'

| | |
|---|---|
| 620.00 SF Walls | 240.00 SF Ceiling |
| 860.00 SF Walls & Ceiling | 240.00 SF Floor |
| 26.67 SY Flooring | 62.00 LF Floor Perimeter |
| 160.00 SF Long Wall | 150.00 SF Short Wall |
| 62.00 LF Ceil. Perimeter | |



### Subroom 1: Pantry                                                    LxWxH 4' x 3' x 10'

| | |
|---|---|
| 140.00 SF Walls | 12.00 SF Ceiling |
| 152.00 SF Walls & Ceiling | 12.00 SF Floor |
| 1.33 SY Flooring | 14.00 LF Floor Perimeter |
| 40.00 SF Long Wall | 30.00 SF Short Wall |
| 14.00 LF Ceil. Perimeter | |



## Wareham Construction, Inc.

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 4.00 HR | 52.61 | 0.00 | 42.08 | 252.52 | (0.00) | 252.52 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 76.00 LF | 1.58 | 1.33 | 24.28 | 145.69 | (0.00) | 145.69 |
| Floor protection - heavy paper and tape | 252.00 SF | 0.51 | 1.15 | 25.94 | 155.61 | (0.00) | 155.61 |
| Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 39.89 | 0.00 | 15.96 | 95.74 | (0.00) | 95.74 |
| Heat/AC register - Mechanically attached - Detach & reset | 3.00 EA | 16.15 | 0.00 | 9.70 | 58.15 | (0.00) | 58.15 |
| Recessed light fixture - Detach & reset trim only | 7.00 EA | 4.07 | 0.00 | 5.70 | 34.19 | (0.00) | 34.19 |
| Refrigerator - Remove & reset | 1.00 EA | 56.43 | 0.00 | 11.28 | 67.71 | (0.00) | 67.71 |
| Range - electric - Remove & reset | 1.00 EA | 42.33 | 0.00 | 8.46 | 50.79 | (0.00) | 50.79 |
| Microwave oven - over range or drawer type- Detach & reset | 1.00 EA | 127.91 | 0.00 | 25.58 | 153.49 | (0.00) | 153.49 |
| Dishwasher - Detach & reset | 1.00 EA | 300.93 | 0.00 | 60.18 | 361.11 | (0.00) | 361.11 |
| Sink - undermount - Detach & reset | 1.00 EA | 320.12 | 0.14 | 64.04 | 384.30 | (0.00) | 384.30 |
| Garbage disposer - Detach & reset | 1.00 EA | 206.29 | 0.00 | 41.26 | 247.55 | (0.00) | 247.55 |
| R&R P-trap assembly - ABS (plastic) | 2.00 EA | 88.16 | 1.05 | 35.48 | 212.85 | (15.71) | 197.14 |
| R&R Angle stop valve | 2.00 EA | 48.94 | 0.93 | 19.76 | 118.57 | (8.52) | 110.05 |
| R&R Plumbing fixture supply line | 2.00 EA | 31.11 | 0.89 | 12.64 | 75.75 | (4.96) | 70.79 |
| R&R Cabinetry - upper (wall) units - Premium grade | 21.00 LF | 403.61 | 469.04 | 1,788.96 | 10,733.81 | (1,047.72) | 9,686.09 |
| R&R Cabinetry - lower (base) units - Premium grade | 24.50 LF | 507.78 | 713.11 | 2,630.74 | 15,784.46 | (1,548.51) | 14,235.95 |
| R&R Countertop - Granite or Marble | 50.00 SF | 79.76 | 89.90 | 815.58 | 4,893.48 | (334.12) | 4,559.36 |
| Add on for undermount sink cutout & polish - double basin | 1.00 EA | 309.12 | 0.00 | 61.82 | 370.94 | (0.00) | 370.94 |
| R&R Ceramic/porcelain tile - High grade | 35.00 SF | 17.92 | 17.09 | 128.86 | 773.15 | (43.99) | 729.16 |
| Add-on for tile backsplash installation | 35.00 SF | 12.88 | 0.00 | 90.16 | 540.96 | (0.00) | 540.96 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 252.00 SF | 3.71 | 11.96 | 189.38 | 1,136.26 | (64.26) | 1,072.00 |
| R&R Blown-in insulation - 12" depth - R30 | 252.00 SF | 2.73 | 17.53 | 141.08 | 846.57 | (29.83) | 816.74 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 760.00 SF | 3.62 | 34.09 | 557.06 | 3,342.35 | (188.17) | 3,154.18 |
| Texture drywall - machine - knockdown | 252.00 SF | 1.03 | 0.82 | 52.08 | 312.46 | (20.83) | 291.63 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 1,012.00 SF | 0.69 | 5.26 | 140.72 | 844.26 | (119.60) | 724.66 |
| Paint the walls and ceiling - two coats | 1,012.00 SF | 1.16 | 20.39 | 238.86 | 1,433.17 | (203.04) | 1,230.13 |
| R&R Baseboard - 6" w/shoe | 76.00 LF | 9.07 | 21.88 | 142.26 | 853.46 | (52.27) | 801.19 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 76.00 LF | 2.23 | 2.17 | 34.34 | 205.99 | (29.18) | 176.81 |
| Regrout tile floor | 252.00 SF | 3.56 | 8.03 | 181.02 | 1,086.17 | (0.00) | 1,086.17 |
| Clean floor - tile - Heavy clean | 252.00 SF | 1.02 | 0.98 | 51.60 | 309.62 | (0.00) | 309.62 |
| Paint door/window trim & jamb - 2 coats (per side) | 3.00 EA | 36.73 | 1.19 | 22.28 | 133.66 | (18.93) | 114.73 |
| Paint door slab only - 2 coats (per side) | 3.00 EA | 44.24 | 1.99 | 26.94 | 161.65 | (22.90) | 138.75 |
| **Totals: Kitchen** | | | 1,420.92 | 7,696.08 | 46,176.44 | 3,752.54 | 42,423.90 |



## Wareham Construction, Inc.

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587



**Laundry Room**                                                                                    **LxWxH 8' x 7' x 10'**

| | |
|---|---|
| 300.00 SF Walls | 56.00 SF Ceiling |
| 356.00 SF Walls & Ceiling | 56.00 SF Floor |
| 6.22 SY Flooring | 30.00 LF Floor Perimeter |
| 80.00 SF Long Wall | 70.00 SF Short Wall |
| 30.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 2.00 HR | 52.61 | 0.00 | 21.04 | 126.26 | (0.00) | 126.26 |
| Mask and prep for paint - plastic, paper, tape (per LF) | 30.00 LF | 1.58 | 0.53 | 9.58 | 57.51 | (0.00) | 57.51 |
| Floor protection - heavy paper and tape | 56.00 SF | 0.51 | 0.25 | 5.78 | 34.59 | (0.00) | 34.59 |
| Light fixture - Detach & reset | 1.00 EA | 54.70 | 0.00 | 10.94 | 65.64 | (0.00) | 65.64 |
| Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 16.15 | 0.00 | 3.24 | 19.39 | (0.00) | 19.39 |
| Washer/Washing machine - Remove & reset | 1.00 EA | 54.91 | 0.00 | 10.98 | 65.89 | (0.00) | 65.89 |
| Dryer - Remove & reset | 1.00 EA | 42.33 | 0.00 | 8.46 | 50.79 | (0.00) | 50.79 |
| Sink - single - Detach & reset | 1.00 EA | 193.18 | 0.04 | 38.64 | 231.86 | (0.00) | 231.86 |
| R&R P-trap assembly - ABS (plastic) | 1.00 EA | 88.16 | 0.52 | 17.74 | 106.42 | (7.85) | 98.57 |
| R&R Angle stop valve | 1.00 EA | 48.94 | 0.47 | 9.90 | 59.31 | (4.27) | 55.04 |
| R&R Plumbing fixture supply line | 1.00 EA | 31.11 | 0.45 | 6.32 | 37.88 | (2.47) | 35.41 |
| R&R Cabinetry - upper (wall) units - Premium grade | 7.00 LF | 403.61 | 156.35 | 596.34 | 3,577.96 | (349.24) | 3,228.72 |
| R&R Vanity - Premium grade | 3.00 LF | 485.25 | 82.93 | 307.72 | 1,846.40 | (180.98) | 1,665.42 |
| R&R Countertop - Granite or Marble | 4.50 SF | 79.76 | 8.09 | 73.40 | 440.42 | (30.07) | 410.35 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 56.00 SF | 3.71 | 2.66 | 42.08 | 252.50 | (14.28) | 238.22 |
| R&R Blown-in insulation - 12" depth - R30 | 56.00 SF | 2.73 | 3.89 | 31.36 | 188.13 | (6.63) | 181.50 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 300.00 SF | 3.62 | 13.46 | 219.90 | 1,319.36 | (74.28) | 1,245.08 |
| Texture drywall - machine - knockdown | 56.00 SF | 1.03 | 0.18 | 11.58 | 69.44 | (4.62) | 64.82 |
| Seal the walls and ceiling w/latex based stain blocker - one coat | 356.00 SF | 0.69 | 1.85 | 49.50 | 296.99 | (42.07) | 254.92 |
| Paint the walls and ceiling - two coats | 356.00 SF | 1.16 | 7.17 | 84.04 | 504.17 | (71.42) | 432.75 |
| R&R Baseboard - 6" w/shoe | 30.00 LF | 9.07 | 8.64 | 56.14 | 336.88 | (20.63) | 316.25 |
| Paint baseboard w/cap &/or shoe, oversized - 2 coats | 30.00 LF | 2.23 | 0.86 | 13.56 | 81.32 | (11.52) | 69.80 |
| Regrout tile floor | 56.00 SF | 3.56 | 1.78 | 40.24 | 241.38 | (0.00) | 241.38 |
| Clean floor - tile - Heavy clean | 56.00 SF | 1.02 | 0.22 | 11.46 | 68.80 | (0.00) | 68.80 |
| Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 36.73 | 0.40 | 7.42 | 44.55 | (6.31) | 38.24 |
| Paint door slab only - 2 coats (per side) | 1.00 EA | 44.24 | 0.66 | 8.98 | 53.88 | (7.63) | 46.25 |
| **Totals: Laundry Room** | | | **291.40** | **1,696.34** | **10,177.72** | **834.27** | **9,343.45** |
| **Total: 3rd Floor** | | | **2,019.15** | **13,023.32** | **78,139.28** | **6,139.26** | **72,000.02** |



### Wareham Construction, Inc.

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587

**General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 2.00 EA | 870.39 | 0.00 | 348.16 | 2,088.94 | (0.00) | 2,088.94 |
| General clean - up - progressive & final* | 32.00 HR | 53.81 | 0.02 | 344.38 | 2,066.32 | (0.00) | 2,066.32 |
| General Laborer - per hour - additional labor to stage materials & haul debris to dumpster for disposal* | 24.00 HR | 52.61 | 0.00 | 252.52 | 1,515.16 | (0.00) | 1,515.16 |
| Boom or spider lift - 30'-45' reach (per day) | 2.00 DA | 430.00 | 0.00 | 172.00 | 1,032.00 | (0.00) | 1,032.00 |
| **Totals: General Conditions** | | | **0.02** | **1,117.06** | **6,702.42** | **0.00** | **6,702.42** |
| **Line Item Totals: WALTERS-CINDY** | | | **3,397.25** | **27,115.96** | **162,693.76** | **12,706.11** | **149,987.65** |

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 6,415.00 | SF Walls | 1,919.32 | SF Ceiling | 8,334.32 | SF Walls and Ceiling |
| 1,919.32 | SF Floor | 213.26 | SY Flooring | 641.50 | LF Floor Perimeter |
| 2,182.50 | SF Long Wall | 1,393.33 | SF Short Wall | 641.50 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**Wareham Construction, Inc.**

1063 Shotgun Road
Sunrise, FL 33326
CGC 020587

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 132,180.55 |
| Material Sales Tax | 3,397.25 |
| Subtotal | 135,577.80 |
| Overhead | 13,557.98 |
| Profit | 13,557.98 |
| **Replacement Cost Value** | **$162,693.76** |
| Less Depreciation | (12,706.11) |
| **Actual Cash Value** | **$149,987.65** |
| **Net Claim** | **$149,987.65** |
| Total Recoverable Depreciation | 12,706.11 |
| **Net Claim if Depreciation is Recovered** | **$162,693.76** |

Thomas J. Wareham - CGC 020587
President